Samuel E. Kramer, Esq.
225 Broadway - Suite 3300
New York, New York 10007
(212) 285-2290
*Attorney for Plaintiff, DNT Enterprises, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
DNT ENTERPRISES, INC.,

                         Plaintiff,

      -against-

TECHNICAL SYSTEMS,
A DIVISION OF RAE CORPORATION,

                         Defendant.
-----------------------------------------------------X

Case No.:07 Civ. 8661 LLS
ECF CASE

## RULE 7.1 STATEMENT

        Pursuant to Federal Rule of Civil Procedure (formerly Local General Rule 1.9) and

to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for DNT Enterprises, Inc. (a private, non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which

are publicly held: NONE.

Dated: New York, New York
       October 5, 2007

                      SAMUEL E. KRAMER, ESQ.
                      *Attorney for Plaintiff*
                      *DNT Enterprises, Inc.*

           By:    S/Samuel E. Kramer
                _____
                Samuel E. Kramer (SK 6948)
                225 Broadway - Suite 3300
                New York, New York 10007
                (212) 285-2290