.... ... (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

DNT ENTERPRISES, INC.

V.

TECHNICAL SYSTEMS,
A DIVISION OF RAE CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CIV 8661

# JUDGE STANTON

TO: (Name and address of Defendant)

Technical Systems, A Division of RAE Corporation
Mid America Industrial Park
- Approx. 4 Miles South of Pryor, Oklahoma
Post Office Box 1206,
Pryor, Oklahoma 74362

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel E. Kramer, Esq.,
225 Broadway, Suite 3300
New York, New York 10007

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

3 0 2007

CLERK

(By) DEPUTY CLERK

DATE

.. .. (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 Oct 2007 |
| NAME OF SERVER *(PRINT)* Steven W. Lemmings | TITLE State Process Server, Mayes County 06-01 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Vice CEO ~~Six~~ RAE Corp. Robert Moore.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11 Oct 2007
          Date

_____
*Signature of Server*

1800 Brookfield Ter, Pryor OK 74361
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.