UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DNT ENTERPRISES, INC.,                                      :
                                                            :
        Plaintiff,                                         :
                                                            :
        v.                                                 :   Case No. 07-8661 (LLS)
                                                            :   (ECF)
                                                            :   **NOTICE OF APPEARANCE**
                                                            :
TECHNICAL SYSTEMS,                                          :
A DIVISION OF RAE CORPORATION,                              :
                                                            :
        Defendant.                                         :
                                                            :
------------------------------------------------------------X


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendant.

    I certify that I am admitted to practice in this court.


Dated: New York, New York
       January 18, 2008


                        KASOWITZ, BENSON, TORRES
                        &FRIEDMAN LLP

                        _____
                        David E. Ross (DR-5092)
                        dross@kasowitz.com
                        1633 Broadway
                        New York, New York  10019
                        Phone: (212) 506-1700
                        Fax: (212) 506-1800

                        Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
DNT ENTERPRISES, INC.,                        :
                                              :
            Plaintiff,                       :
                                              :
      v.                                    :    Case No. 07-8661 (LLS)
                                              :    (ECF)
                                              :    **NOTICE OF APPEARANCE**
                                              :
TECHNICAL SYSTEMS,                            :
A DIVISION OF RAE CORPORATION,                :
                                              :
            Defendant.                       :
                                              :
------------------------------------------------------------X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendant.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 18, 2008

                                                  KASOWITZ, BENSON, TORRES
                                                  & FRIEDMAN LLP

                                                  David E. Ross (DR-5092)
                                                  dross@kasowitz.com
                                                  1633 Broadway
                                                  New York, New York  10019
                                                  Phone: (212) 506-1700
                                                  Fax: (212) 506-1800

                                                  Attorneys for Defendant