Samuel E. Kramer, Esq.
225 Broadway - Suite 3300
New York, New York 10007
(212) 285-2290
*Attorney for Plaintiff, DNT Enterprises, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X          Case No.:07 Civ. 8661 (LLS)
DNT ENTERPRISES, INC.,                                            ECF CASE
                                   Plaintiff,
          -against-
TECHNICAL SYSTEMS,
A DIVISION OF RAE CORPORATION,
                                   Defendant.
-------------------------------------------------------X

                         DECLARATION OF SERVICE

          SAMUEL E. KRAMER, hereby declares the truth of the following under penalty of perjury:

          I am an attorney duly admitted to practice law in the State of New York, and am admitted to

practice in the Southern District of New York.

          I am not a party to this action, am over 18 years of age and reside in New York State. On

January 22, 2008,  I served the within Amended Complaint, upon the below named counsel at the

address designated by them for that purpose by depositing a true copy thereof, enclosed in a wrapper

addressed as shown below, into the custody of Fedex for overnight delivery prior to the latest time

designated by the service for overnight delivery:

David Ross, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Airbill: 8634 2207 2571


Dated: New York, New York
          January 22, 2008                              S/ Samuel E. Kramer
                                                        SAMUEL E. KRAMER (SK6948)