UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DNT ENTERPRISES, INC., : 
 : Case No. 07 Civ. 8661 (LLS) (DCF)
                Plaintiff, : ECF CASE
 :
    -against- : **Rule 7.1 Statement**
 :
 :
TECHNICAL SYSTEMS, :
A DIVISION OF RAE CORPORATION, :
 :
                Defendant. :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Court Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Technical Systems (a private non-governmental party) certifies that Defendant has no corporate parents, affiliates or subsidiaries which are publicly held.

Dated:  New York, New York
         February 29, 2008

                                      Respectfully submitted,

                                      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                      By _____
                                          David E. Ross
                                          Email: dross@kasowitz.com
                                          Eric D. Herschmann
                                          Email: eherschmann@kasowitz.com
                                          Kimberly A. Horn
                                          Email: khorn@kasowitz.com
                                          1633 Broadway
                                          New York, New York  10019
                                          Telephone:  (212) 506-1700

                                          *Attorneys for Defendant*