UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DNT ENTERPRISES, INC.,

                              Plaintiff,

          -against-

TECHNICAL SYSTEMS,
A DIVISION OF RAE CORPORATION,

                           Defendant.

-------------------------------------------------------------x

Case No. 07 Civ. 8661 (LLS) (DCF)
ECF CASE

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that, upon the accompanying affidavit of Eric Swank, sworn to on February 28, 2008, and the exhibit annexed thereto, and the accompanying Memorandum of Law, and upon all pleadings and other papers and proceedings herein, Defendant Technical Systems, a Division of RAE Corporation, by and through its undersigned counsel, will move this Court at the United States Courthouse for the Southern District of New York, at 500 Pearl Street, Courtroom 21C, New York, New York 10007, on April 14, 2008, at a date and time to be set by the Court, for an Order dismissing the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), and, in the alternative, for an Order, pursuant to 28 U.S.C. § 1404(a), transferring the above-captioned action to the United States District Court for the Northern District of Oklahoma, and for such other and further relief as the Court deems just and proper.

     PLEASE TAKE FURTHER NOTICE that pursuant to direction of the Court, Plaintiff's answering papers, if any, must be served so as to be received on or before March 28, 2008, and Defendant's reply papers, if any, must be served so as to be received on or before April 11, 2008.

Dated:  New York, New York
        February 29, 2008

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By _____
    David E. Ross
    Email: dross@kasowitz.com
    Eric D. Herschmann
    Email: eherschmann@kasowitz.com
    Kimberly A. Horn
    Email: khorn@kasowitz.com
    1633 Broadway
    New York, New York  10019
    Telephone:  (212) 506-1700

    *Attorneys for Defendant*


TO:  SAMUEL E. KRAMER, ESQ.
     Attorney for Plaintiff DNT Enterprises, Inc.
     225 Broadway, Suite 3300
     New York, New York 10007
     Telephone: (212) 285-2290