**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DNT ENTERPRISES, INC.,                  :   Case No.:07 Civ. 8661 (LLS)(DCF)
                                        :   ECF CASE
                    Plaintiff,          :
                                        :
        -against-                       :
                                        :   **STIPULATION AND ORDER**
                                        :
TECHNICAL SYSTEMS,                      :
A DIVISION OF RAE CORPORATION,          :
                                        :
                    Defendant.          :
-------------------------------------------------------X

WHEREAS, Technical Systems, A Division of RAE Corporation ("TSI") has moved to dismiss the Amended Complaint of Plaintiff, DNT Enterprises, Inc. ("DNT"), and, in the alternative, to transfer this action to the Northern District of Oklahoma, as set forth in TSI's Notice of Motion, dated February 29, 2008 (the "Motion"); and

WHEREAS, the parties have agreed to enlargements of the dates for serving and filing their respective opposition and reply papers with respect to said Motion;

NOW, THEREFORE, it is hereby Stipulated and Agreed by and between the attorneys for the parties, as follows:

1.  DNT's answering papers, if any, must be served so as to be received by counsel for TSI on or before 5 P.M. on April 1, 2008;

2.  TSI's reply papers, if any, must be served so as to be received by counsel for DNT on or before 5 P.M. on April 18, 2008;

3.  The return date of the Motion shall be April 21, 2008. The date for oral

argument of the Motion, if any, shall be set by the Court in due course.

Dated: New York, New York
       March 24, 2008

_____
Samuel P. Kramer, Esq.
225 Broadway, Suite 3300
New York, New York 10007
Telephone: (212) 285-2290
*Attorneys for Plaintiff*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: David E. Ross (by Sam Kramer, with permission)
_____
David E. Ross (DR-5092)
Email: dross@kasowitz.com

1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Attorneys for Defendant*

SO ORDERED

**Louis L. Stanton**
_____
HONORABLE LOUIS L. STANTON, U.S.D.J.

**March 26, 2008**

-2-