# Exhibit B

THIS AGREEMENT is entered into this February 27, 2003, by and between

TECHNICAL SYSTEMS
a Division of RAE Corporation
Post Office Box 1206
Pryor, OK 74362

an Oklahoma corporation having its principal place of business in the Mid-America Industrial Park, approximately four miles south of Pryor, Oklahoma (hereinafter referred to as "Technical Systems"), and

**DNT Enterprises, Inc.**
**Neil Thakker**
**60 East 42nd Street, Suite 1065**
**New York, NY 10165**

(hereinafter referred to as Representative)

In consideration of the mutual promises herein contained, the parties hereto agree as follows:

(1) Terms of Representation. Technical Systems hereby appoints Representative as a direct manufacturer's representative for sale of certain products in the territory identified below:

a. Territory. The territory assigned to Representative is defined in Schedule A attached hereto. (The assigned territory shall be referred to herein as "the Territory").

b. Products. This appointment shall apply only to those products identified in Schedule B attached hereto. (the products identified on Scheduled B shall be collectively referred to herein as "the Products").

c. Commissions.

i. Representative shall be compensated by Technical Systems solely with commissions and credits to be determined according to the formula set forth on Schedule C attached hereto. Commissions and credit shall become payable to Representative only after Technical Systems receives payment in full for the sales to which such commissions and credits apply. Partial commissions or credits shall not be paid on unauthorized partial payments by a customer. However, Technical Systems may elect, at its sole discretion, to rearrange or refinance a payment plan for a customer, partial commission or credit payments will be made to Representative upon receipt of payment from the customer under such payment plan.

ii. Commission on special Net Price quotations to a customer will be determined prior to quotation and will be confirmed in writing by Technical Systems to the Representative. All other parameters regarding this commission will apply as indicated in the preceding paragraph (i).

d. OEM Relationships. Technical Systems reserves the right to establish relationships directly with original equipment manufacturers. ("OEM's") in the Territory without the involvement of, or compensation to, Representative. OEM's are defined as manufacturers that incorporate Technical Systems products into their own products.

OEM's will be required by Technical Systems to use the RAE Corporation nameplate, will not have Technical Systems logo information, and will be required to use their own logo or no logo at all on the equipment. Representative will not be required to support any equipment sold through Technical Systems direct relationships with OEM's and will not be entitled to commissions on such sales. (However, in [illegible] Technical Systems sole discretion, Representative is responsible for the development of an OEM account, Technical Systems may elect to pay Representative a [illegible] election by Technical Systems must be confirmed in writing by Technical Systems [illegible] to each applicable sales transaction and does not establish a precedent for any future transactions).

e. **Term**. This agreement will expire one (1) year from its effective date, but may be renewed in writing, executed by both parties.

f. **Termination**. This agreement may be terminated prior to the expiration of the Term set forth above only as follows:

i. Representative may terminate this Agreement at any time upon sixty (60) days prior written notice to Technical Systems

ii. Technical Systems may terminate this Agreement at any time if Technical Systems determines, in its sole discretion, that Representative has failed to develop a fair share of the market reasonably available for the Products in light of prevailing business conditions, has failed to provide adequate customer service for the products, lacks sufficient working capital to provide the representation required by the trade in territory, or otherwise fails to use the resources necessary to effectively represent Technical Systems. Technical Systems will provide 30-day protection on outstanding quotes the representative may have at the time of termination.

(2) **Scope of Representation**. Representative shall solicit inquiries and orders for the Products and to this end shall promote goodwill for Technical Systems and the products. Representative shall maintain sufficient organization to accomplish effective coverage and development of the Territory, but Representative shall not appoint any distributors, wholesalers or Representatives for this purpose without prior written consent of Technical Systems. Technical Systems reserves the right to send factory or other appointed sales personnel in Territory after notifying Representative of its intention to do so, if Technical Systems considers such action necessary to best protect its interest in any specific sales project.

(3) **Pricing**. Technical Systems product catalog includes price lists stating the list price for each of Technical Systems products and the many variable features available. List prices on the specialty variables will be furnished upon request. Such list prices are subject to discounts, (multiplier factors) currently effective, to be stated by Technical Systems in writing. Changes in Technical Systems catalog) including discontinuance of listing of various types of equipment and changes in list prices or discount schedules as issued by Technical Systems) shall be considered formal amendments to the Technical Systems catalog and when issued become a part of this agreement with the same force and effect as is set forth herein. Technical Systems reserves the right to change list prices and /or discounts and commission rates applying to such prices at any time without obligation to Representative.

(4) **Changes in Product Design.** Technical Systems reserves the right to change the design of the Products or parts thereof without obligation to effect such changes on products theretofore manufactured.

(5) **Orders.**

i. All orders obtained by Representative shall be in writing and subject to acceptance by Technical Systems on its terms and conditions of sales [illegible] received. All such orders must be issued by the Customers to Technical Systems or specifically assigned to Technical Systems by the Customers in writing.

ii. Technical Systems reserves the right to evaluate the credit worthiness of any customer placing an order and may reject an order if, in Technical Systems sole discretion, the customer may be unable to make payment according to the terms provided by Technical Systems. Technical Systems also reserves the right to evaluate the credit worthiness of Representative, if Representative requests authorization to buy Technical Systems products for resale, and Technical Systems may reject such a request if, in Technical Systems sole discretion, Representative may be unable to make payment according to the terms provided by Technical Systems.

(6) **No Agency Relationship.** Representative is an independent contractor, and is expressly prohibited from making any representation on behalf of Technical Systems not expressly approved in writing by Technical Systems. Representative shall not conduct his business or imply in any way, directly or indirectly, that Representative is an agent of, or has the authority to bind Technical Systems.

(7) **Information and Product Support.** Technical Systems shall provide Representative with price list, specification and advertising bulletins relative to the Products in quantities to be determined by Technical Systems. Technical Systems shall provide Representative engineering assistance and inform Representative of new products and improvements in existing products and the application thereof.

(8) **Service.** Representative shall coordinate all necessary servicing to Technical Systems products within the Territory. Technical Systems reserves the right to send factory service engineers or other special appointed service men into the Territory if Technical Systems deems it necessary to assure proper servicing of Technical Systems products. Service charges may be made by Technical Systems to Representative with prior approval of Representative for sales, service or engineering assistance when requested by Representative at Technical Systems then effective per diem rates plus living and traveling expenses.

(9) **Confidential Information.** Representative acknowledges that in his prior employment with Technical Systems, and through the performance of his obligations under this agreement, Representative has and will receive Confidential Information of Technical Systems. "Confidential Information," as used herein includes, but is not limited to, research, engineering, manufacturing processes, financial information, and pricing. Representative is not authorized to disclose any such Confidential Information to any one without the prior written consent of Technical Systems. Representative understands and agrees that this obligation not to disclose Confidential Information shall continue after the determination of this agreement for any reason.

(10) **Waiver.** The failure of Technical Systems to require performance by Representative of any provision hereof shall in no way effect the right of Technical Systems to require such performance at any time thereafter. The waiver by Technical Systems of any provision of

th[illegible] agreement shall not be considered a precedent for waiver for any succeeding breach of such provision.

(11) Effect of Other Agreements. This agreement supercedes and cancels all previously executed agreements or arrangements, oral or in writing which may have been in existence between the parties hereto, pertaining to the subject matter of this agreement. This agreement shall control over any other document entered into hereafter unless the same is signed by both parties hereto and refers specifically to this paragraph.

(12) Governing Law. This agreement is entered into in the State of Oklahoma and shall be construed for all purposes in accordance with the laws of that State.

(13) Notices. Any notices or communications required or permitted hereunder shall be sufficiently given if sent by registered mail, postage prepaid, addressed to the addresses for Technical Systems and Representatives set forth above, or such other address as either party may hereafter designate in writing for the giving of notice to it.

(14) Assignment. This Agreement is not assignable by Representative without written consent of Technical Systems.

IN WITNESS WHEREOF, the parties have hereunder set their on the date first written above.

| Representative | Technical Systems |
|---|---|
| By: ______________________ | By: ______________________ |
| Neil Thakker | Sam Jones |
| Vice President | Executive Vice President |
| DNT Enterprises, Inc. | RAE Corporation |

SCHEDULE A

AGREEMENT

Technical Systems

and

DNT Enterprises, Inc.

The Account assigned to Representative for solicitation of sales to Technical Systems territories
is defined as follows:

IN THE STATE OF NEW YORK INCLUDING THE FOLLOWING:

| | | |
|---|---|---|
| BROOKLYN | QUEENS | MANHATTAN |
| BRONX | STATEN ISLAND | LONG ISLAND |
| WESTCHESTER | PUTNAM | ORANGE |
| ROCKLAND | | |

DNT Enterprises, Inc.
New York Territory



SCHEDULE B

AGREEMENT

TECHNICAL SYSTEMS

and

DNT Enterprises, Inc.

TECHNICAL SYSTEMS Products for which Representative is responsible for effecting sales within the assigned territories are defined as follows:

EQUIPMENT

SERIES 10 CONDENSERS

SERIES 20 CONDENSING UNITS

SERIES 24 CONDENSING UNITS

SERIES 30 CHILLERS

SERIES 32 CHILLERS

SERIES 33 CHILLERS

SERIES 34 CHILLERS

SERIES 35 CHILLERS

FLUID COOLERS

SCHEDULE C COMMISSIONS

Technical Systems

and

DNT Enterprises, Inc.

Commissions and other allowed credits as provided under the terms of this Agreement will be accrued to the credit of the Representative on transactions and become payable to representative after the billed customer pays Technical Systems the amount of the invoice covering the transaction. Payments of commissions to Representative shall be made by Technical Systems' four week account periods for commissions and credits becoming payable during that accounting period.

Commissions and allowable credits to be accrued to the credit of Representative shall be based on the following terminology and calculation methods

DEFINITIONS:

| | |
|---|---|
| SP | Sales price shall be that portion of the amount billed to the customers pertaining to equipment sold excluding special service charges (special crating, extraordinary handling, etc.), recognized allowable start-up provisions, prepaid freight billed or allowed |
| PAR MULTIPLIER | Discount factory applied to List Price |
| PAR | List Price x PAR MULTIPLIER |
| R | Applicable Commission Rate |
| A | Start-up allowance (see maximum acceptable amounts listed in TECHNICAL SYSTEMS Price List on Start-up changes. |
| E | Special Expenses such as special handling required, export crating, etc. |
| C | Commissions = PAR x R |
| P | Participating credit in overage of SP beyond PAR |

Representatives' commissions and Participating Credit will be:

| | |
|---|---|
| C | Commission which is R x PAR |
| P | 50% of SP-PAR |
| A | Start-up Allowance (when identified and claimed by Representative). |

<u>**C+P+A = Total Commission and Allowance**</u>

**SPLIT CREDITS**

When more than one Territory or Representative is involved in obtaining an order, the commissions and participating Credit (not including the start-up provisions which is payable to the Representative who is to perform the service) will be divided and become payable on the following basis.

**45% for Specification ¤ 20% for Territory ¤ 35% for the Order**

# Exhibit C







$1,708,468.44

YEAR:1999

| | | |
|---|---|---|
| T-1382 | | $39,194.70 |
| T-1392 | | $8,220.55 |
| C-1393 | | $113,685.00 C |
| T-1414 | | $10,144.00 |
| T-1427 | | $116,787.00 |
| C-1448 | | $9,350.00 |
| T-1456 | | $10,625.35 |
| T-1470 | | $912.00 |
| T-1484 | | $200.00 |
| T-1500 | | $65,598.00 |
| C-1501 | | $16,439.00 |
| T-1503 | | $398.00 |
| T-1540 | | $164,472.00 |
| T-1572 | | $7,779.05 |
| T-1628 | | $4,244.74 |
| T-1636 | | $189,557.00 |
| C-1656 | | $38,000.00 |
| T-1676 | | $8,244.91 |
| C-1682 | | $50,500.00 |
| T-1691 | | $79,581.00 |
| T-1699 | | $4,214.68 |
| T-1719 | | $40,015.80 |
| T-1724 | | $61,798.00 |
| T-1730 | | $31,691.73 |
| T-1731 | | $33,722.26 |
| T-1732 | | $775.00 |

$1,106,349.77

[illegible]

| | | |
|---|---|---|
| [illegible] | | [illegible] |
| [illegible] | | $368.00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $313,000.00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $248,101.86 |
| [illegible] | | $25,000.00 |
| C-1858 | | $368,050.00 |
| T-1866 | | $45,384.00 |
| C-1875 | | $417,000.00 |
| [illegible] | | $39,500.00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $19,500.00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $498.00 |
| [illegible] | | [illegible] |



| | | |
|---|---|---|
| C-2048 | | $16,235.00 |
| R-2064 | | $307.18 |
| C-2071 | | $69,000.00 |
| C-2078 | | $1,882.84 |
| I-2081 | | $10,140.00 |
| I-2095 | | $65,000.00 |
| C-2099 | | $539.00 |
| C-2109 | | $7,277.44 |
| I-2123 | | $239,600.00 |
| C-2138 | | $355,000.00 |
| I-2143 | | $15,705.90 |
| C-2155 | | $71,000.00 |
| I-2179 | | $10,878.21 |
| C-2187 | | $153,333.00 |
| I-2198 | | $19,395.00 |
| I-2203 | | $27,695.69 |
| I-2217 | | $17,834.88 |
| | TOTAL | $3,610,334.39 |

YEAR 2001

| | | |
|---|---|---|
| C-2221 | | $191,000.00 |
| I-2224 | | $41,000.00 |
| I-2252 | | $30,000.00 |
| C-2258 | | $120,000.00 |
| I-2264 | | $6,710.40 |
| I-2278 | | $417.67 |
| I-2307 | | $262.22 |
| [illegible] | | $19,500.00 |
| [illegible] | | $55,000.00 |
| [illegible] | | $508.27 |
| I-2352 | | $18,642.36 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $920.00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $5,040.00 |
| I-2523 | | $24,707.40 |
| C-2537 | | $24,000.00 |
| [illegible] | | $688.37 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $1,294.00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |



| TOTAL | $1,201,028.05 |
|---|---|

YEAR 2002

| | |
|---|---|
| C-2645 | $192,022.25 C |
| C-2646 | $7,729.91 |
| P-2660 | $9,700.00 |
| C-2676 | $17,058.00 C |
| P-2685 | $576.85 |
| T-2692 | $14,825.87 |
| T-2699 | $46,000.00 |
| T-2721 | $20,010.00 |
| C-2725 | $49,500.00 |
| C-2728 | $26,000.00 |
| C-2744 | $237,857.00 |
| C-2745 | $442.75 |
| D-2752 | $81.54 |
| T-2753 | $79,200.00 |
| C-2769 | $51,115.00 |
| T-2771 | $15,081.00 |
| T-2780 | $9,545.40 |
| T-2786 | $282.80 |
| C-2813 | $84,900.00 |
| C-2815 | $816,666.00 |
| D-2825 | $66.64 |
| I-2838 | $693.84 |
| C-2847 | $24,675.00 |
| P-2860 | $5,810.00 |
| C-2861 | $37,393.00 |
| T-2884 | $4,491.06 |
| [illegible] | $9,545.39 |
| I-2933 | $33,525.04 |
| R-2941 | $390.66 |
| D-29[illegible] | $61.09 |
| [illegible] | [illegible]1,303.64 |
| C-29[illegible] | $25,595.00 |
| [illegible] | $20,556.82 |
| P-2965 | [illegible]8.90 |
| C-29[illegible] | $31.10 |
| R-29[illegible] | [illegible]09.00 |
| C-29[illegible] | [illegible]00.00 |
| [illegible] | $3[illegible]8.00 |
| C-30[illegible] | $8,023.00 |
| T-30[illegible] | $47,706.00 |
| R-3012 | $65.83 |
| D-3028 | [illegible]2,469.54 |
| T-3033 | $6,421.00 |
| I-3038 | $19,000.00 |
| P-3039 | $1,190.28 |
| T-3040 | $19,000.00 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

| TOTAL | $2,[illegible].53 |
|---|---|

| | |
|---|---|
| [illegible] | [illegible]0.00 |
| [illegible] | [illegible]29.50 |




| ID | Name | Amount |
|---|---|---|
| D-3074 | [redacted] | $528.11 |
| J-3080 | [redacted] | $732.00 |
| C-3082 | [redacted] | $33 000 00 |
| T-3092 | [redacted] | $747.56 |
| D-3100 | [redacted] | $44.86 |
| D-3106 | [redacted] | $426.33 |
| T-3110 | [redacted] | $7 496.00 |
| T-3121 | [redacted] | $286.72 |
| T-3128 | [redacted] | $244.86 |
| T-3132 | [redacted] | $3,051.84 |
| T-3142 | [redacted] | $8 848.06 |
| T-3143 | [redacted] | $513.00 |
| T-3144 | [redacted] | $13,[illegible]006.00 |
| T-3145 | [redacted] | $17,[illegible]300.00 |
| J-3151 | [redacted] | $176.95 |
| C-31[illegible] | [redacted] | $31,[illegible]000.00 |
| T-317[illegible] | [redacted] | $333,[illegible]000.00 |
| T-317[illegible] | [redacted] | $281.86 |
| D-320[illegible] | [redacted] | $74.46 |
| T-320[illegible] | [redacted] | $2,[illegible]726.00 |
| T-3212 | [redacted] | $329.00 |
| C-321[illegible] | [redacted] | $231.33 |
| T-32[illegible] | [redacted] | $[illegible]13.00 |
| C-32[illegible] | [redacted] | $[illegible]38.40 |
| J-32[illegible] | [redacted] | $1,[illegible]08.41 |
| C-32[illegible] | [redacted] | $14,[illegible]03.00 |
| C-32[illegible] | [redacted] | $196,[illegible]00.00 |
| C-32[illegible] | [redacted] | $1,[illegible]32.00 |
| [illegible] | [redacted] | $1,[illegible]79.00 |
| [illegible] | [redacted] | $[illegible]83.00 |
| [illegible] | [redacted] | $1[illegible]08.80 |
| [illegible] | [redacted] | $14,[illegible]64.0[illegible] |
| [illegible] | [redacted] | $[illegible]79.40 |
| [illegible] | [redacted] | $1[illegible]39.[illegible] |
| [illegible] | [redacted] | $[illegible]57.44 |
| [illegible] | [redacted] | $[illegible]24.[illegible] |
| D-3[illegible] | [redacted] | $[illegible]34.9[illegible] |
| [illegible] | [redacted] | $10,[illegible]00.[illegible] |
| D-33[illegible] | [redacted] | $3,[illegible]28.[illegible] |
| [illegible] | [redacted] | $1[illegible]81.0[illegible] |
| [illegible] | [redacted] | $17,[illegible]60.00 |
| D-33[illegible] | [redacted] | $[illegible]84.[illegible] |
| C-33[illegible] | [redacted] | $255,[illegible]00.00 |
| D-33[illegible] | [redacted] | $[illegible]37.8[illegible] |
| C-33[illegible] | [redacted] | $34,[illegible]50.00 |
| C-335[illegible] | [redacted] | $6[illegible]95.93 |
| P-336[illegible] | [redacted] | $3,[illegible]63.00 |
| [illegible]-336[illegible] | [redacted] | $[illegible]13.00 |
| C-337[illegible] | [redacted] | $1,[illegible]99.84 |
| C-3[illegible] | [redacted] | [illegible] |
| [illegible] | [redacted] | [illegible] |
| [illegible] | [redacted] | [illegible] |
| [illegible] | [redacted] | $[illegible]76.[illegible] |
| D-34[illegible] | [redacted] | $[illegible]47.74 |
| C-340[illegible] | [redacted] | $[illegible]62.00 |
| C-341[illegible] | [redacted] | $16,[illegible]00.00 |
| C-341[illegible] | [redacted] | $150,[illegible]00.00 |
| [illegible]-341[illegible] | [redacted] | $4[illegible]34.[illegible]8 |
| [illegible]-342[illegible] | [redacted] | $[illegible]82.[illegible] |
| T-343[illegible] | [redacted] | $[illegible]28.00 |



| | | |
|---|---|---|
| J-3438 | | $19,104.00 |
| C-3441 | | $26,043.78 |
| D-3454 | | $94.34 |
| C-3462 | | $258.00 |
| T-3475 | | $27,741.00 |
| | | **$1,298,431.31** |

YEAR 2004

| | | |
|---|---|---|
| T-3506 | | $10,000.00 |
| C-3508 | | $65,000.00 |
| T-35[illegible]8 | | $243.00 |
| T-3520 | | $74,000.00 |
| J-3526 | | $526.00 |
| T-3537 | | $36,500.00 C |
| R-3539[illegible] | | $24,387.00 |
| T-3542 | | $76,000.00 |
| T-355[illegible] | | $36,000.00 |
| D-35[illegible] | | $276.82 |
| C-3560 | | $363.52 |
| D-3570 | | $3,081.96 |
| [illegible] | | $594.30 |
| D-3595 | | $103.55 |
| D-3597 | | $139.82 |
| C-3610 | | $282.24 |
| [illegible] | | $36,749.00 |
| [illegible] | | $800.00 |
| [illegible] | | $22,655.00 |
| [illegible] | | [illegible]6,472.00 |
| [illegible] | | $28,326.00 |
| [illegible] | | $234,000.00 C |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $24,100.00 |
| [illegible] | | $4,[illegible].00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | $388.00 |
| [illegible] | | $95.17 |
| [illegible] | | $500.00 |
| T-3728 | | $48,791.00 |
| R-37[illegible] | | $31,058.00 |
| [illegible] | | $268.21 |
| [illegible] | | $1,137.00 |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| [illegible] | | [illegible] |
| C-38[illegible] | | $724.6[illegible] |
| [illegible] | | $435.[illegible] |
| [illegible] | | $480.00 |
| [illegible] | | $7,776.00 |
| [illegible] | | $2,598.00 |
| [illegible] | | [illegible] |



| | | |
|---|---|---|
| C-384[illegible] | | $1,197.00 |
| J-3851 | [illegible]A | $2,475.60 |
| D-3861 | [illegible]SS | $1,587.84 |
| D-3862 | | $565.24 |
| D-3872 | [illegible]Z | $493.88 |
| C-387[illegible] | | [illegible]5,464.79 |
| J-3879 | | $516.00 C |
| T-3884 | [illegible]M | $10,667.00 |
| D-3892 | [illegible]S | $322.66 |
| T-3928 | [illegible]E | $22,261.00 |
| D-3933 | | $250.54 |
| D-3934 | [illegible]A | $188.99 |
| T-3941 | | $24,357.41 |
| C-396[illegible] | | $6,200.00 |
| D-3973 | | $611.13 |
| C-397[illegible] | | $503.00 |
| T-3982 | [illegible] CENTER | $20,000.00 |
| C-3992 | | $48,018.00 |
| C-399[illegible] | | $2,844.00 |
| C-400[illegible] | | $8,643.00 |
| D-401[illegible] | | $547.04 |
| D-4[illegible] | | $265.65 |
| | TOTAL | $1,5[illegible]6,358.52 |

YEAR 200[illegible]

| | | |
|---|---|---|
| [illegible] | | $14,559.00 |
| [illegible] | | $51,682.00 |
| [illegible] | | [illegible] |
| [illegible] | | $56,176.74 |
| [illegible] | | $15,434.00 |
| D-51[illegible] | | $83.30 |

| | | |
|---|---|---|
| D-5279 | | $182.45 |
| D-5293 | | $1,159.29 |
| R-5303 | | $5,950.00 |
| D-5330 | | $37.79 |
| I-5344 | ER | $4,141.00 |
| D-5345 | | $75.93 |
| I-5349 | | $547.00 |
| I-5351 | | $3,123.00 |
| D-5352 | | $46.06 |
| I-5355 | | $67,090.00 |
| I-5356 | | $664.00 |
| R-5371 | | $23,500.00 |
| I-5374 | | $27,542.00 |
| I-5376 | | $44.80 |
| C-5378 | | $601.26 |
| I-5393 | | $128.[illegible] |
| I-5395 | | $3,540.00 |
| I-5398 | | $11,550.00 |
| C-5400 | | $1,136.[illegible] |
| R-5411 | | $55,417.00 |
| D-5414 | | $102.00 |
| C-5443 | | $37,808.00 |
| P-54[illegible] | | $274.00 |
| D-5451 | | $63.[illegible] |
| C-54[illegible] | | $64,292.00 |
| I-54[illegible] | | $83.[illegible] |
| I-54[illegible] | | $20,736.00 |
| I-54[illegible] | | $562.00 |
| R-54[illegible] | | $372.[illegible] |
| [illegible] | | $535.[illegible] |
| [illegible] | | $134.[illegible] |
| I-5[illegible] | | $54,774.00 |
| C-5[illegible] | | $6,753.[illegible] |
| I-5[illegible] | | $3,633.[illegible] |
| | TOTAL | $1,317,869.86 |

| | | |
|---|---|---|
| [illegible] | | |
| [illegible] | | $23,642.[illegible] |
| [illegible] | | $36,251.00 |
| [illegible] | | $419.00 |
| [illegible] | | $11,034.4[illegible] |
| [illegible] | | $753.2[illegible] |
| [illegible] | | $47.33 |
| I-6[illegible] | | $46.73 |
| I-6[illegible] | | $689.33 |
| I-6[illegible] | | $1,056.00 |
| P-6[illegible] | | $3,031.50 |
| J-6[illegible] | | $156.33 |
| R-6[illegible] | | $59,200.00 |
| [illegible] | | [illegible] |
| | | [illegible] |
| | | $7[illegible] |
| [illegible] | | $14,729.[illegible] |
| R-61[illegible] | | $2,808.00 |
| D-615[illegible] | | $674.3[illegible] |
| T-615[illegible] | | $619.00 |
| [illegible] | | $18,935.00 |
| [illegible] | | $25,038.2[illegible] |
| [illegible] | | $1,260.0[illegible] |

| ID | Amount |
|---|---|
| R-6174 | $609.00 |
| T-6188 | $50,831.00 |
| R-6199 | $13,099.00 |
| T-6200 | $15,703.00 |
| T-6202 | $978.00 |
| C-6212 | $52,000.00 |
| R-6216 | $30,000.00 |
| C-6220 | $336.75 |
| D-6223 | $98.53 |
| T-6228 | $1,103.00 |
| T-6235 | $969.56 |
| D-6250 | $357.39 |
| T-6253 | $1,130.00 |
| D-6256 | $200.75 |
| T-6259 | $993.12 |
| T-6262 | $22,256.70 |
| T-6283 | $1,112.00 |
| T-6298 | $49,200.00 |
| T-6314 | $10,543.00 |
| T-6324 | $305,000.00 C |
| R-6331 | $1,723.68 |
| C-6348 | $1,539.35 |
| C-6351 | $889.00 |
| D-6356 | $40.52 |
| T-6362 | $31,494.00 C |
| R-6376 | $2,913.47 |
| D-6379 | $426.56 |
| T-6390 | $906.10 |
| [illegible] | $2,108.40 |
| [illegible] | [illegible] |
| [illegible] | $161.03 |
| [illegible] | $437.58 |
| [illegible] | $872.02 |
| [illegible] | [illegible] |
| [illegible] | $301.79 |
| [illegible] | [illegible] |
| [illegible] | $41,349.25 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | $2,353.55 |
| [illegible] | $2,308.00 |
| [illegible] | $123,000.00 |
| [illegible] | $358.00 |
| [illegible] | $10,160.00 |
| [illegible] | $12,815.00 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| TOTAL | [illegible] |



| | |
|---|---|
| T-7018 | $37,520.00 |
| T-7041 | $432.74 |
| T-7064 | $[illegible]8,500.00 |
| T-7072 | $[illegible]20,058.00 |
| T-7073 | $338.36 |
| T-7082 | $[illegible]39,380.00 |
| T-7118 | $[illegible]6,775.00 |
| T-7126 | $525.24 |
| T-7131 | $265.29 |
| T-7134 | $63,000.00 |
| T-7140 | $112.31 |
| T-7149 | $[illegible]5,721.00 |
| P-7158 | $317.00 |
| D-7160 | $1,372.12 |
| T-7171 | $106.10 |
| T-7172 | $96.28 |
| T-7179 | $93.32 |
| T-7184 | $61.04 |
| T-7199 | $495.02 |
| R-7205 | $[illegible]2,146.00 |
| T-7212 | $1[illegible]9,300.00 |
| T-7213 | $960.00 |
| T-7215 | $[illegible]2,557.78 |
| D-7220 | $809.57 |
| T-7224 | $[illegible] |
| R-7234 | $[illegible]6,096.30 |
| T-7[illegible]42 | $2[illegible]3,346.24 |
| T-7244 | $4[illegible]6,232.00 |
| T-7275 | $[illegible]1,792.50 |
| T-7[illegible] | $[illegible]1,400.00 |
| T-7287 | $260.42 |
| T-7291 | $53.11 |
| [illegible] | $2[illegible]9,486.[illegible] |
| [illegible] | $[illegible] |
| T-7[illegible]12 | $579.78 |
| T-7[illegible] | $77.[illegible] |
| D-7[illegible] | $386.[illegible]2 |
| T-7[illegible] | $1[illegible]5,991.16 |
| P-7[illegible] | $[illegible]577.[illegible] |
| T-7[illegible]64 | $[illegible]31.00 |
| T-7[illegible] | $[illegible]205.87 |
| T-7[illegible] | $[illegible]164.00 |
| D-7[illegible] | $217.38 |
| W-7407 | $[illegible] |
| T-7409 | $366.37 |
| T-74[illegible] | $[illegible]2,571.00 |
| T-7415 | $[illegible]015.42 |
| T-7416 | $40.75 |
| T-7421 | $880.00 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| D-[illegible] | $28[illegible] |
| T-7[illegible] | $116.1[illegible] |
| T-7[illegible] | $766.26 |
| T-7[illegible]2 | $337.[illegible] |
| [illegible] | [illegible]745.[illegible] |
| [illegible] | [illegible] |

| TOTAL | $904,946.76 |
|---|---|

# Exhibit D



JIM TEMPLE <jjtemple@gmail.com>

# End Of Year Numbers

1 message

**ADAM MEYER <ADAMM@rae-corp.com>** **Mon, Jan 8, 2007 at 6:42 PM**
To: DNTENTER@aol.com, FENTOZ@aol.com, Prasanna Krish <praskrish@aol.com>, JIM TEMPLE <jjtemple@gmail.com>, RMH1276@aol.com
Cc: MIKE CONTI <mikec@rae-corp.com>

Thanks as always to the Top Dogs of TSI! This is your final end of year bookings for 2006.

Your budget of 2006 was $1.8MM.

With the performance of this year, the expectations we have talked about next year, and the V-cube business we have discussed added in, I believe that 2007 warrants a fair budget of $1.5MM for DNT.
Thanks again, and we will see you in Dallas.

| 2006 TOP PERFORMERS | | 1/8/2007 |
|---|---|---|
| Technical Systems | Equipment Only | |
| 1 DNT Enterprises | $ 1,199,615.00 | |
| 2 Dynatherm Corporation | | |
| 3 HTS Engineering | | |
| 4 Qual - Tech | | |
| 5 Climate Sales LLC | | |
| 6 Associated Air Products | | |
| 7 Midgley - Huber | | |
| 8 Master Building Solutions | | |
| 9 DMR Assoc | | |
| 10 Boone & Boone | | |
| Total | $ 4,512,521.00 | |

THE CHILLING NEWS

CORPORATION

P. O. Box 1206 / Pryor, OK 74362 / (918) 825-7222 / FAX (918) 825-0723

April / May 2006

# Refrigerating high value floral stock is no problem for Century Refrigeration

*By Ted Kohlenberger, RESCO*

Floral stock providers and wholesalers demand effective and efficient refrigerated storage for their products. Customers demand quality, shelf life and aesthetic cues when buying and arranging floral products. With this criterion mind, The CARLTAS Corp. (manager of the San Diego International Floral Trade Center) contacted San Diego Gas and Electric (SDG&E) in the fall of 2002 for assistance. SDG&E, together with Fullerton, Calif. based mechanical engineering firm Kohlenberger Associates Consulting Engineers, Inc. (KACE), initiated a feasibility study in an effort to identify opportunities for major system upgrades.

Ms. Glee Schmidt, general manager of the floral trade center facility, managed the overall study effort and recognized the need for prompt action in order to modernize their aging central refrigeration systems. "We had been utilizing a 1970s era central glycol distribution system originally installed for computer chip manufacturing, said Ms. Schmidt. Major equipment was failing and modernization was long overdue..."

Several important factors were considered in the feasibility review process. These included the concerns over changing out a centralized, glycol distribution system while preventing loss of product and business interruption, reducing system complexity, increasing overall reliability and energy efficiency while providing for future growth. All the while, budget constraints were ever-present.

KACE's team (including brothers Karl and Ted Kohlenberger, Matthew Waller, PE and James Kuhn, PE) prepared a comprehensive trade-off analysis detailing the various system improvement options. Existing energy usage was documented through extensive use of real-time monitoring hardware while projected energy usage and savings figures were modeled using sophisticated, customized spreadsheet software. The complete replacement of the aging systems with new, high efficiency air-cooled equipment appeared to be a viable option.

Next, KACE turned to Refrigeration Equipment Specialist Company, Tustin Calif.,(RESCO) representatives for Century Refrigeration, Pryor Okla., for highly efficient air-cooled refrigeration equipment. RESCO's Mike and Tom Nau assisted KACE with the selection of high efficiency, air-cooled, R-22 packages totaling forty horsepower (40 HP). After an aggressive project bid process,

continued...

We will continue to rely on Chuck Russell and Wes Morgan with their sagacious experience of our equipment and industry as well. I will also be devoting more of my time to the Customer Assurance programs, policies and issues with Phil Combs assuming the responsibilities of the Quality Assurance sector of our organization.

Remember, you learn something new everyday, so everyday is a school day. You just thought you were done with school.

## *Commonly asked questions when selecting a Steam Coil*

***By Mitch Replogle***

When dealing with an above freezing entering air application, a Standard Steam would be the coil of choice. But when entering air temperatures are below freezing, a steam distributing coil is required. When selecting a steam coil, the first consideration should be tube thickness, depending on your steam pressure a heavier thickness may be required. We recommend .020" for steam pressures of 1 to 15lbs., and for applications from 16 to 30 lbs., use .025". If the steam pressure is above 30 lbs. and under 100 lbs., the recommended tube thickness would be .035". For steam pressures between 101 and 150 lbs., we recommend .049" tube. If the steam pressures are greater than 150 lbs., a steel tubed King coil would be recommended.

The next consideration should be length. For 5/8" tube, we have a maximum fin length of 72". For a two row application, that would be 60". When using the one inch tube, the maximum length extends to 136". The lengths can be extended when supplying from both ends. The maximum height with one supply is 48", this is to insure that the coil has proper steam distribution. The maximum heights and lengths would also apply with your steel tube King Coil applications.

## *Top Representatives*

**RAE Corporation appreciates the hard work and dedication by all of its representatives, but we would like to recognize the contributions of these over-achievers!**

| Technical Systems | Century | RAE Coils |
|---|---|---|
| DNT Enterprises | RESCO | Combined Refrigeration |
| Masters Building Solutions | FES Midwest | Masters Building Solutions |
| Qual-Tech Systems | IRESCO | Barlow Mechanical |
| Boone & Boone | Southern Equipment | Heat Transfer Technology |
| Dynatherm Corporation | North Atlantic Refrigeration | Midgley-Huber |

# Exhibit E

Subj: PGA Championship
Date: [illegible]/2007 12:08:28 PM Eastern Daylight Time
From: ADAMM@rae-corp.com
To: fentoz@aol.com, dntenter@[illegible].com, [illegible]@aol.com, jtemple[illegible]@gmail.com
CC: [illegible]595@gmail.com

[illegible]

The PGA championship is at Southern Hills [illegible] in Tulsa this year, and we have tickets for all 7 days. If you have a customer you want to bring to this, I am giving you first shot at getting on the list. The dates are August 6th through August 12th.

If you can come, let me know if you want to see the Pro Am and practice rounds at the beginning of the week or if you want to see the competition rounds at the middle and end of the week.

Let me know soon because it is already tough to get a hotel room for that week in Tulsa, and our slots will be [illegible] quickly. We would like to see you there :)
Thanks,

Adam Meyer
Account Manager - RAE Corporation
Desk: [illegible] 825-7222
Cell: [illegible]

Subj: PGA Championship Tour
Date: 6/5/2007 4:20:38 AM Eastern Daylight Time
From: ADA[illegible]M@rae-corp.com
To: fent[illegible]@aol.com, dr[illegible]@[illegible].com

Na[illegible]

[illegible]

Dave was discussing bringing one of his customers, but I never heard a solid confirmation so he is not confirmed on the list. Let me know soon so I can reserve a slot. I also spoke with him about taking his guy golfing one day. Let me know if you want to go as well.

Thanks

Adam Meyer
Account Manager - RAE Corporation
Desk: (918) 825-72[illegible]
Cell: (918) 384-06[illegible]

Subj: [illegible]GA Tournament
Date: [illegible]/23/2007 3:55:17 PM Eastern Daylight Time
From: [illegible]DAMM@rae-corp.com
To: dntenter@aol.com
CC: [illegible]@dntenter.com

[illegible] phone when you get a [illegible]. Margo has your [illegible] to talk about what you would like to do while you are here and what Vinnie will want to do Friday night. Is there interest in taking Vinnie through the factory? Let me know what you think.

Thanks,

Adam Meyer
Account Manager - RAE Corporation
[illegible]
[illegible]

Subj: PGA Tourney
Date: 7/29/2007 1:42:34 AM Eastern Daylight Time
From: ADAMM@rae-corp.com
To: dntenter@aol.com, DAWN@dntenter[illegible]
CC: [illegible]@RAE-CORP.COM

Hi

I need to know [illegible] [illegible]
of the office this week, [illegible] can you please contact Margi [illegible] let her know
thanks

Adam Meyer
Account Manager - RAE Corporation
Desk: (918) 825-7222
Cell: (91[illegible]) 35[illegible]-0[illegible]

# Exhibit F

Subj: **Announcement - RAE Corporation**
Date: 8/20/2007 5:45:50 PM Eastern Daylight Time
From: JCHANDLER@rae-corp.com

August 20, 2007

To all Representatives and Customers,

It is with mixed emotions that I announce the retirement of Sam Jones, Executive Vice President responsible for Sales and Marketing. Sam is retiring to pursue his personal dream of developing the 'Spring Valley Ranch' into a ministry retreat and conference center. Spring Valley Ranch will focus on Youth Leadership Development, Ministerial Retreats, Adventure Recreation and Corporate Retreats. Sam and I have frequently discussed our passions in life, and lately he feels led that it is the time to follow God's will in his and Stacy's life. On behalf of RAE Corporation, I would like to wish Sam and Stacy all of God's blessings in their life plans. I would like to thank Sam for the past 25 years of blood, sweat and tears he has given to make RAE Corporation a success. He will be missed!

I would like to announce the appointment of Kevin Trowhill as Vice President of Sales for RAE Corporation. Kevin joins RAE Corporation from Webco Inc. (CES Company) in Springfield, Missouri. While at Webco, Kevin was the National Sales Manager. Kevin is not completely new to RAE Corporation having spent 5 years with the company between 1986 and 1990. Kevin will be joining RAE Corporation on September 4th.

Sam will continue his association with RAE Corporation to assist in the transition. Additionally, Jim Chandler, Marketing Manager, will now be reporting directly to me.

Eric Swank
President / CEO
RAE Corporation

# Exhibit G

**Dave R. Wall**

**From:** ADAM MEYER [ADAMM@rae-corp.com]
**Sent:** Friday, September 21, 2007 10:12 AM
**To:** drwall@dntenter.com
**Subject:** RE [redacted]
**Attachments:** image001.gif; [redacted]

Lump Sum Pricing for AHU's — $1,104,000 Net + freight
5 year compressor warranty — $6,822 for 20 total compressors

This quotation covers tag #'s:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

Equipment is quoted per the attached schedule forms.
Thanks,

Adam Meyer
Account Manager - RAE Corporation
Desk: (918) 825-7222
Cell: (918) 384-9602

---

**From:** Dave R. Wall [mailto:drwall@dntenter.com]
**Sent:** Friday, September 21, 2007 8:24 AM
**To:** ADAM MEYER
**Cc:** jim@dntenter.com
**Subject:** RE: [redacted]

Hi Adam:

[redacted]

[redacted]

[redacted]

Respectfully Yours,

Dave R. Wall
DNT Enterprises, Inc.
60 East 42nd Street – Suite 1065
New York, NY 10165
Tel. (212) 682-0797 (NYC)
Tel. (973) 621-1655 (NJ)
Fax. (212) 682-0797
Cell: (917) 361-7281

E-mail: drwall@dntenter.com

Since our product offering is always expanding, please do not hesitate to call if you have a special engineering application. Our staff of sales engineers will be happy to answer any questions.

---

**From:** ADAM MEYER [mailto:ADAMM@rae-corp.com]
**Sent:** Thursday, September 20, 2007 12:10 PM
**To:** drwall@dntenter.com
**Cc:** jim@dntenter.com
**Subject:** RE: [redacted]
**Importance:** High

Dave,

[redacted]

Thanks,

Adam Meyer
Account Manager - RAE Corporation
Desk: (918) 825-7222
Cell: (918) 384-9602

---

**From:** Dave R. Wall [mailto:drwall@dntenter.com]
**Sent:** Tuesday, September 18, 2007 11:37 AM
**To:** ADAM MEYER; drwall@dntenter.com
**Cc:** jim@dntenter.com
**Subject:** RE: [redacted]

Hi Adam:

[redacted]

Respectfully Yours,

Dave R. Wall
**DNT Enterprises, Inc.**
60 East 42nd Street ~ Suite 1065
New York, NY 10165
Tel. (212) 682-0797 (NYC)
Tel. (973) 621-1655 (NJ)
Fax. (212) 682-0797
Cell: (917) 361-7281

E-mail: drwall@dntenter.com

Since our product offering is always expanding, please do not hesitate to call if you have a special engineering application. Our staff of sales engineers will be happy to answer any questions.

---

**From:** ADAM MEYER [mailto:ADAMM@rae-corp.com]
**Sent:** Tuesday, September 18, 2007 12:13 PM
**To:** drwall@dntenter.com
**Cc:** jim@dntenter.com
**Subject:** RE: [redacted]
**Importance:** High

9/21/2007

**Quote #:**

# DNT

## RAE CORPORATION
## COIL PRICE WORK SHEET

**PHONE # (918) 825-7222**
**FAX TO # (800) 264-5329**

**Ordered By:** DNT **Phone #:** 212-682-0797 **Fax #:** 212-682-0796

**RAE Contact:** JIM TEMPLE

**Rep #:** 1111 **Rep Multiplier:** 0.56

**Job Name:** **Job/PO Number** J-7505

**Base List Price :** 3,116.00

**Steel/Brass connection add :**

**Fin coating add :**

**Baffled headers add :**

**Intermediate drain header add :**

**Expedited delivery charges :**

**List Price Subtotal :** $ 3,116.00

**Multiplier % :** $ 0.56

**Quantity discount :** $ 1.00

| Line Item | Qty | Model number | Net Price (ea) | Total |
|---|---|---|---|---|
| A | 1 | [redacted]<br>Tagging : | $ 1,745.00 | $ 1,745.00 |

**Work sheet by:** JIM TEMPLE

Program Version 2007.3.19; DLL Version 2007.7.5

**RATING REPORT**

Quote Number
Not assigned
Line Item
A

Program Version 2007.3.19

P.O. Box 1206 / Pryor, OK. 74362
Phone # 918-825-7222 / Fax # 918-825-0723

Date : 9/21/2007 at 11:59AM
By JIM TEMPLE

Customer : Job :

Tagging :

**INPUT**

| | | | |
|---|---|---|---|
| No. Coils / Bank : | [redacted] | Coil Type : | [redacted] |
| Fin Height : | [redacted] | Fin Material : | [redacted] |
| Fin Length : | [redacted] | Fin Thickness : | [redacted] |
| CFM (PER COIL) : | [redacted] | Tube Material : | [redacted] |
| FPM : | [redacted] | Tube Thickness : | [redacted] |
| EDB / EWB : | [redacted] | Casing Material : | [redacted] |
| LDB / LWB : | | Fluid type : | [redacted] |
| Total / Sens. Load : | | | |
| EWT : | [redacted] | | |
| GPM : | [redacted] | Altitude : | |
| Circuiting : | [redacted] | FFO : | |
| FPI : | [redacted] ROWS : [redacted] | FFI : | |

**OUTPUT**

| | # 1 |
|---|---|
| CFM (PER COIL) : | [redacted] |
| FACE VEL. (FPM) : | [redacted] |
| EDB / EWB : | [redacted] |
| LDB / LWB : | [redacted] |
| TOTAL HT (MBH) : | [redacted] |
| SENS. HT (MBH) : | [redacted] (PER COIL) |
| EWT : | [redacted] |
| LWT : | [redacted] |
| GPM (PER COIL) : | [redacted] |
| FLUID PRES. DROP : | [redacted]) |
| TUBE VEL. (FPS) : | [redacted] |
| NUMBER CIRCUITS : | [redacted] |
| AIR PRES. DROP : | [redacted] (inches) |
| CONNECTION SIZE : | [redacted] (inches) |

SELECTION # 1 : [redacted]

[redacted] lbs. Est. Weight (ea) uncrated

*** Certified in accordance with the ARI Forced-Circulation Air-Cooling and Air-Heating Coils Certification Program, which is based on ARI Standard 410 ***

RAE CORPORATION

REPLACEMENT COIL DATA SHEET

( CHILLED & HOT WATER COILS

SAME END CONNECTIONS

Redacted



# ▇▇▇▇▇▇▇ - Roof / Purchase order

**Prasanna Krish <praskrish@dntenter.com>**     **Thu, Sep 20, 2007 at 4:40 PM**
To: Adam Meyer <ADAMM@rae-corp.com>

Adam :

See attached the PO for the air cooled condensing units. Release for production

Thanks
PK

▇▇▇▇▇▇▇▇- Roof.pdf

New York ☎ (212) 682-0796
New Jersey ☎ (201) 621-1655

# PURCHASE ORDER

**DNT ENTERPRISES INC.**
Manufacturers Representatives Servicing
*H.V.A.C. INDUSTRIES*
60 EAST 42ND STREET, SUITE #3204, NEW YORK, NY 10165

TO: Adam Meyer
TSI

SHIP TO: Will Advise

JOB NAME : [redacted]

JOB # :

| DATE | DELIVERY DATE | SHIP VIA | F.O.B. | DNT P.O.# |
|---|---|---|---|---|
| 9/20/07 | ASAP | B/W | - | T-7446 |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| [redacted] | [redacted] | - | $24,726.0 |

* Freight prepay & Add - LTL

( ) NOT FOR RESALE

(✓) FOR RESALE

TAX NUMBER 223239176

K. J. Brasanne
AUTHORIZED SIGNATURE

OUR PURCHASE ORDER NUMBER AND JOB NAME MUST APPEAR ON ALL INVOICES, SHIPPING PAPERS AND PACKAGES.



Prasanna,

I am sorry here is the revised quote that includes everything. *per Adam*

comp ✓ 4 yr warranty

QTY (1)        WCCU                              $24000
QTY (2)        A̶                        5        $ 23686.66                    + 116 = $25,116
4 year extended compressor warranty                                           + 1040 = $24,726

Total
This quote does not include freight or tax.            $50489.99

**WCCU includes the following:**

- ████████████████████████
- ████████████████
- 2████████
- 1████████
- ████████████████████████
- ████████████████████████
- █████████████████████
- ███████████████████████ts                    * ██████████████████████████
- ████████████████████
- ██████████████████████
- Sight glass and filter drier
- ████████████████████████

**ACCU includes the following:**

- ████████████████████
- ████████████████
- ████████████████████
- C████████████
- I██████ refrigerant circuits
- ███████████████████████
- B████████
- ████████████████████
- ████████████████████
- ████████████████████
- ████████████████████ /████████).
- 1█████████████████

Thanks,
Faisal Baig, PE

DNT ENTERPRISES INCORPORATED
212 682-0797 • FAX 212 682-0796 • N.J. 973 621-1655
60 EAST 42ND STREET • NEW YORK, NEW YORK 1016

## *CONDENSING UNIT:*

| | |
|---|---|
| TAG | |
| TYPE | |
| LOCATION | |
| MODEL | |
| AMBIENT AIR TEMP, °F | |
| COOLING CAPACITY, TONS | |
| SUCTION TEMP, (F) | |
| EWT / LWT | |
| GPM / P.D. ( FEET ) | |
| CFM | |
| CONDENSER FAN, HP | |
| COMPRESSOR, HP | |
| VOLTAGE | |
| COMPRESSOR, RLA | |
| FAN AMPS | |
| CONTROL AMPS | |
| UNIT FLA / MCA / MFS | |
| WEIGHT, LBS | |
| QUANTITY | |
| MEA # | |



DNT ENTERPRISES
INCORPORATED
212 682-0797 • FAX 212 682-0796 • N.J. 973 621-1655
60 EAST 42ND STREET • NEW YORK, NEW YORK 10165

## ACCESSORIES:

THE FACTORY WIRED, PIPED & TESTED UNITS WILL BE PROVIDED WITH:

Redacted

Air Cooled Condensing Unit Rating R-22
By RAE Corporation

CIRCUIT 1/1
Unit Model # = 20ACLD15-S

# of Compressors = 2

Redacted



Prasanna Krish <praskrish@dntenter.com>

 street - 1st floor purchase order

**Prasanna Krish <praskrish@dntenter.com>**         **Thu, Sep 20, 2007 at 4:34 PM**
To: Adam Meyer <ADAMM@rae-corp.com>

Adam :

See attached the PO for the ████████████ portion of the ███████████
production ███████

Thanks
PK



New York (212) 682-0797 FAX: 212-682-0790
New Jersey (201) 621-1655

# PURCHASE ORDER

**DNT ENTERPRISES INC.**
Manufacturers Representatives Servicing
*H.V.A.C. INDUSTRIES*
60 EAST 42ND STREET, SUITE #3204, NEW YORK, NY 10165

TO: Adam Meyer
TSI

SHIP TO: Will Advise

JOB NAME: [redacted]

JOB #:

| DATE | DELIVERY DATE | SHIP VIA | F.O.B. | DNT P.O.# |
| --- | --- | --- | --- | --- |
| 9/20/07 | ASAP | B/W | - | T-7424 |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
| --- | --- | --- | --- |
| (1) | [redacted] | | $25,116.00 |

* Freight - Ship LTL / Prepay & Add

( ) NOT FOR RESALE (✓) FOR RESALE

TAX NUMBER 223239176

K. J. Brasaure
AUTHORIZED SIGNATURE

OUR PURCHASE ORDER NUMBER AND JOB NAME MUST APPEAR ON ALL INVOICES, SHIPPING PAPERS AND PACKAGES.

Prasanna,

I am sorry here is the revised quote that includes everything. per Adam

4 yr comp warranty

QTY (1) [redacted] $24000 [redacted] + 1116 = $25,116

~~QTY (2) [redacted] $ 23586.66 + 1040 = $24,726~~

4 year extended compressor warranty
For all three units. [redacted]
Total ~~$50459.99~~
This quote does not include freight or tax.

**WCCU includes the following:**

[redacted]

- [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

**ACCU includes the following:**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

Thanks,
Faisal Baig, PE

9/18/2006

DNT ENTERPRISES INCORPORATED
212 682-0797 • FAX 212 682-0796 • N.J. 973 621-1655
60 EAST 42ND STREET • NEW YORK, NEW YORK 10165

***CONDENSING UNIT:***

| | |
|---|---|
| TAG | |
| TYPE | |
| LOCATION | |
| MODEL | |
| AMBIENT AIR TEMP, $^{O}$F | |
| COOLING CAPACITY, TONS | |
| SUCTION TEMP, (F) | |
| EWT / LWT | |
| GPM / P.D. ( FEET ) | |
| CFM | |
| CONDENSER FAN, HP | |
| COMPRESSOR, HP | |
| VOLTAGE | |
| COMPRESSOR, RLA | |
| FAN AMPS | |
| CONTROL AMPS | |
| UNIT FLA / MCA / MFS | |
| WEIGHT, LBS | |
| QUANTITY | |
| MEA # | |



DNT ENTERPRISES INCORPORATED
212 682-0797 • FAX 212 682-0796 • N.J. 973 621-1655
60 EAST 42ND STREET • NEW YORK, NEW YORK 10165

**ACCESSORIES:**

THE FACTORY WIRED, PIPED & TESTED UNIT WILL BE PROVIDED WITH:

Redacted

WATER COOLED CONDENSING UNIT BALANCE ( R-22 )

04-27-2006

24WOLM36
CONDENSER: ( 4 )HSE10
COMPRESSOR: ( 4 )ZR11M3.H2



⊕ 2-1/2" DIA. RIGGING HOLES
* 5/8" DIA. UNIT MOUNTING HOLES
EST. SHIPPING WT. 2600 LBS

TECHNICAL
SYSTEMS

| TITLE: UNIT DRAWING | SCALE: NONE | ENGINEERING APPROVED BY: | QUALITY CONTROL APPROVED BY: | DRAWN BY: RCS | REVISED BY | DATE | REV. NUMBER |
|---|---|---|---|---|---|---|---|
| | DATE: 6/19/97 | | | 069712E | | | |
| | SUB-TITLE: PR A41812 | | | DRAWING NUMBER: A41812U4 | | | |

CU-1: WATER-COOLED CONDENSING UNIT (INDOOR)



 JIM TEMPLE <jjtemple@gmail.com>

# - Water Cooled AC Unit Pre-purchase

**dhorner@structuretone.com <dhorner@structuretone.com>** **Wed, Sep 19, 2007 at 12:28 PM**
To: dhorner@structuretone.com
Cc: Steve.Poliansky@structuretone.com
Bcc: jjtemple@gmail.com

Bidders,

Please find attached the STI General Conditions and the Bid Letter for the above referenced project.

Bids are due Wednesday September 26 @ 3:00PM

Send Bids to:

L & L Holding Company, LLC
142 West 57th Street
New York, NY 10019

Attention: Mr. William Potts

(See attached file: Bid Letter 09.18.07 - AC Units.pdf)(See attached file: General Conditions.pdf)
----- Forwarded by Daniel Horner/STI on 09/19/2007 12:24 PM -----

Daniel Horner

09/17/2007 10:47 AM

To
Daniel Horner/STI @STI
cc

Subject
Unit Pre-purchase

**4 attachments**

**Bid Letter 09.18.07 - AC Units.pdf**
32K

**General Conditions.pdf**
130K

**AC Units - 09-14-07.pdf**
57K

**Rider B Water Cooled AC Units 09-17-07.pdf**
48K

# Exhibit H



September 21, 2007

Mr. Neil Thakker
DNT Enterprises, Inc.
60 East 42nd Street, Suite 1065
New York, NY 10165

Subject: Cancellation of Representative Agreement

Dear Mr. Thakker:

Per the terms of our contract agreement, effective today, I am canceling DNT Enterprises, Inc. representation contract for Technical Systems' products.

Technical Systems will protect your outstanding quotations for a period of 30 days from 9/21/07. If there are projects that you would like protection beyond 30 days please identify those projects on your list and we will determine on a project by project basis the extent, if any, of extended protection. This list must be submitted no later than 9/27/07. After that time Technical Systems will have no obligation to protect your outstanding quotations. If you have a project that is closing within those 30 days that is not on the protected list, we will deal with it on a job to job basis.

I appreciate all of your efforts in representing Technical Systems equipment, but I feel it is in our best interest to pursue a different direction for representation. I wish you the best of luck. If we can be of any service on an individual basis, don't hesitate to call.

Best regards,
RAE Corporation

Kevin Trowhill
Vice President, Sales

P.O. Box 1206
Pryor, OK 74362
(918)825-7222
Fax (918)825-0723