# Exhibit J

| JOB NAME | MODEL # |
|---|---|
| NYU | (1) TPAH15 & (1) TPAH18 |
| 330 EAST 42ND STREET | (1) FC100-485-CF & (1) PPD-105-HX |
| CARLYLE SPA | (1) 30AOLD30-SPC |
| SAC CAPITAL MANAGEMENT | (1) 30AOLD30-S |
| RIVER AIR | (1) FC100-230-CF, (1) PPD-50 |
| NEW YORK UNIVERSITY | (1) 37AOLM45-S, (1) PPD-100 |
| 4 EAST 75TH STREET | (1) 30AOLM48-S |
| MARYKNOLL FATHERS | (1) 30A1SD280-SCF |
| CARLYLE HOTEL – CAFÉ RENOVATION STORE | (1) FC100-173-CF, (1) FC36-352-SP |
| GSK DATA CENTER | (MULTIPLE) FC96'S |
| VALLEY NATIONAL BANK - 924 B'WAY | (2) FC100-173-CF |
| SHEFFIELD APARTMENTS | (1) 20AOLD5, (8) 20AOLS13 |
| 171 MACDOUGAL STREET | (1) TPAH-07 |
| 122 GREENWICH AVENUE | (3) 34WOLM60 |
| PRESTIGE AIR TBD | (1) FC48-557 |
| AMERIPATH | TPAH-7-20-265-2 |
| TARRENT APPAREL CORP | 30AOLM50-SFC |
| THE LIMITED | (6) FC12-145-SP, (1) PPD-190 |
| HILLIER RTU REPLACEMENT | (2) TPAH-40, 20AOLM36, (1) TPAH-50, 20AOLM52 |
| HEWLETT PACKARD BRANCHBURG | (3) FC96-1195-SCP |
| 33 WHITEHALL STREET | FC48-502-SP |
| SOROS-32ND FL | FC305S |
| GHP | 30WOSM240 |
| 1500 BROADWWAY | TPAH-44-67-CF |
| EQUINOX | FC96-859-SCQ |
| NYU-19 W 42ND | FC36-DP, FC48-DP |
| KJ / RAMAZ | TPAH-58, 30AOLM90-SPF |

| | |
|---|---|
| 1301 6TH AVENUE - LOBBY | PPD-300 |
| OTB | FC96-994-SCQP |
| 681 5TH AVENUE | (4) FC100-802-CF |
| SJP PROPERTIES | TPAH08-20AOLD18 |
| LEGG MASON | 30AOLM120-SPFC, 30AOLM120-SFC |
| 43RD ST BUILDING | 30WOLM72 |
| LUDLOW / ORCHIRD STREET | (4) FC100-658-SCF |
| AMERIPATH | TPAH-7-20-265-2 |
| NY PRESBYTERIAN HOSPITAL | 30A1SD120-SPCF |
| KINGS COUNTY HOSPITAL | (3) 30AOSD160-SFCCF |
| 99TH ST CONDO | (2) TPAH-28-30-500, TPAH-11-18-350 |
| 501 7TH AVENUE | 30AOLM60-SFC |
| HUDSON NEWS | (2) FC96-1612-SCQ, (2) FC96-1314-SCQ |
| 31ST AVENUE CHILLERS | 30AOLM150-SCP, 30AOLM150-SC |
| 107 WAVERLY | 30AOLM15-SPCFQ |
| REJAS HOTEL | TPAH-15 |
| 57TH STREET OVERBUILD | 30A1SM340-SFCCF |
| 80 DEKALB | TPAH-15, TPAH-12, 20AOLD30, 20AOLD26 |
| 605 WEST 42ND ST | (2) 30AOLM180-SFQ & (1) FC36-392-SP |
| MONACO | (2) 37AOLM45-SQPFC |
| NASSAU COUNTY POLICE & FIRE COMMISSION | TPAH38 |
| 828 FIFTH AVENUE | 30AOLD30-SFC |
| MSKCC | 30AOLM330-SQPFC |
| FORBES.COM | 30AOLD30-SFC |
| HUNTER COLLEGE | 30AOLM45-SFC |
| NYU | 30A1SM280, TPAH-58-20AOCD80 |
| VERIZON | 30AOLM135-SFC |
| SALVATION ARMY | TPAH-18-30-650 |

| | |
|---|---|
| MLB | FC100-266-CF |
| 406-408 45TH STREET | 30AOLM60-SPF |
| PETER COOPER | (3) 30AOLD28-SFCCF |
| 40 WALL STREET | (2) 30AOLM60-SCF, PPD-260 |
| RELATED COMPANIES | 30AOLM150-SPFCCF |
| 200 WEST 72ND STREET | (3) 30AOLM60-SFC, 30AOLM180-SFC |
| SETON HALL | (2) TPAH-32-70 |
| ASTORIA | 30AOLM45-SF |
| WCS-CGC / BRONX ZOO | FC36-370-SPC |
| MASTERCARD BOARD ROOM | 20AOLD20 |
| AMERICAN AIRLINES | TPAH22 |
| RESIDENCE OF THE SECRETARY TO THE UN | 33AOLD30 |
| LIBERTY TOWERS | FC100-375-SCF, FC36-442-SP |
| KINGS COUNTY HOSPITAL | 30AOLM104-SPF, FC96-1350-SPC |
| KKR FINANCIAL | 20AOLM70-SCF |
| CITIBANK | (2) 34WOLM52-S |
| METHANY PHARMACY | 30AOLD15, PPD-29 |
| BRISTOL MYERS SQUIBB | 34WOCM75, 34WOCD40, 34WOCD90 |
| CHARTER SCHOOL | 30AISD140-PPD |
| COUNT BASIC | (2) 20AOCD80, (1) 20AOLD18, (4) 20AOLD20, (1) 20AOLD30, (2) 20SOLD15, (2) 20AOLD10, (1) 20AOCD60, (1) 20AOLS8 & (1) 20AOLS3 |
| 957-961 1ST AVENUE | (1) 30AOLD30, (1) TPAH-12 |
| NYU | (1) 37AOLM60 |
| ALLSTON & BIRD | FC96-2287 / 37AOLM150 |
| 57 IRVING PLACE | 30AOLM165 |
| CBS RADIO | 30AOLM90 |
| CARNEGIE 57 | MULTIPLIER FC-100 DRY COOLERS |
| CHRIST CHURCH | (1) FC100-1351-SCQP |

| | |
|---|---|
| CON EDISON REPLACEMENT | (2) FC96-2334-S & (2) PPD471 |
| GHP | (1) 30AOISM280 |
| LOCATION #5 | (1) 2A0LM45 |
| AKF OFFICES | (1) FC100-485-CF & (1) PPD-105-HX |
| CHELSEA VETERINARY HOSPITAL | (1) FC48-502-SP |
| GRACIOUS HOMES | (1) TPAH-12 & (1) 20AOLM15 |
| FLUSHING TOWN CENTER | (4) TPAH-7, (1) TPAH-38, (2) TPAH-28, (2) TPAH-5 |
| | (1) TPAH-32, (1) TPAH-58, (3) TPAH-18 |
| FLUSHING TOWN CENTER | (2) TPAH-8, (1) TPAH-24, (1) TPAH-7, (1) TPAH-44 |
| | (1) TPAH-28 |
| HBK | (1) 30AOLDM-SPT |
| THE EDGE | (2) FC96-753-SCP & (2) FC96-1505-SCP |
| CHENFELD RESIDENCE | (1) ESTATE-EWC-AC1-FD18-H2 |
| LIBERTY TOWERS-COOK ST | (1) FC36-DP |
| NYU-PHASE II | (1) 30AOLM52-SPTFCQ407 |
| BDG-EMPIRE STATE BUILDING | (1) 30AOLM90-SPFC |
| 122 GREENWICH AVENUE | (1) 34WOLM60 |
| | |

# Exhibit K

**LARRY HUDSON <LARRYH@rae-corp.com>**  Thu, Jan 18, 2007 at 4:55 PM
To: JIM TEMPLE <jjtemple@gmail.com>
Cc: SAM JONES PDA <SAM.JONES@rae-corp.com>, MICHAEL MCKAY <MICHAELM@rae-corp.com>, ERIC SWANK <ERICS@rae-corp.com>, JIM WILSON <JIMW@rae-corp.com>, ADAM MEYER <ADAMM@rae-corp.com>, MIKE CONTI <mikec@rae-corp.com>

Jim,

I'm scheduling Duane Conditt to fly out to Islip next Monday AM and drive into the city. He will be there for the installation of the heaters. We will also need Harbour there for tools etc. I guessed that would be Derek since he removed the heaters. Once all of the details are lined out I'll send you a formal itinerary.

In reference to the hoods I see Mike is sending a parts order through on these. My problem is that no one will take time to look for these in the field if they don't locate them quickly, they (and yourself) automatically jump to the conclusion that we made the mistake. We are getting the name of the person who received the hoods on site and signed for them. We are also confirming the number of hoods. If we do confirm all was shipped correctly either the customer or DNT will be paying for the additional hoods including the freight to get them there.

I will also be sending you information from the National Gas Code Book and Heatco regarding the venting of the heaters. It is our contention that this was done correctly at our factory. The fact that the units were mounted too close to walls in the field is a field issue, not ours.

As soon as I have Duane's trip info. I'll send you a copy via email.

Regards,

Larry

**From:** JIM TEMPLE [mailto:jjtemple@gmail.com]
**Sent:** Thursday, January 18, 2007 10:39 AM
**To:** MICHAEL MCKAY
**Cc:** SAM JONES PDA; LARRY HUDSON; CHUCK RUSSELL; WES MORGAN; CLIFF MINES; JIM WILSON; JAY KINDLE; JEREMY COLVARD
**Subject:** Re: hoods

are coming from but i have repeated myself over and over. i sent pictures and drawings. if you want to get paid for the missing hoods, then prove they were shipped. packing slips with 28 hoods proves that you shipped 28 hoods. how many hoods were required for RTU-3 thru RTU-11? telling the customer to look harder is not an option. either you didn't send them & owe them or the customer lost them & he has to pay for them.

instead of waisting time=money argueing over this you could have shipped the missing/lost hoods with the hoods that were just built because they were not manufactured incorretly.

we are starting to look really bad on this job:

1. heaters not vented properly

2. hoods oversized and poorly constructed

3. hoods that don't fit and clearly were never attached in testing

4. dangerous and leaky doors on the supply side of the fan, positive pressure doors should open in

5. no conduit connecting the control panels for field control wiring, we were backcharge from control contractor

6. heater section fell apart due to poor design of support system

7. fixed sheaves on the blowers (even the small ones), very odd as is doesn't allow for balancing

8. i'm out o fthe office and working form memory, there is more.

who ever is paying attension, please help as this project is going down the toilet.

jim temple

On 1/18/07, **MICHAEL MCKAY** <MICHAELM@rae-corp.com> wrote:

Jim

however they were labeled. Please forward me the pictures of the hoods on the packing slip and I will put together a parts order for any that are missing. We must account for the hoods on the shipping list before we can go forward. As for the hoods not being on the punch list, no I did not thank we were geging away with something but as to quote you, "if it is not written it did not happen". The idea about the ea hoods was that you identified those hoods particularly and blanketed the statement about all hoods missing and I informed you that they have to be in the holding yard and someone needed to look for them. The only hoods in question after that was the ea hoods. Please forwarded me pictures of the hoods on the packing slip and I will go from there.

[Quoted text hidden]

# Exhibit L

(1) Charles Roth — H.H. — 631-351-3466

(2) John Heller (?) — HH — 631- " "

(3) Craig Kostello — H.H. — 631-351-2270

(4) Richard Meissner — H.H. — 631-351-2270

(5) Tim Lomax — Trans — 718-269-3650

(6) Glenn P. Boyd — Matrix Mech Corp. — 718-707-0900

(7) Anthony Louetro — Matrix mech. — C - 718-753-2596

(8) Ming Quock — NS-LIJ Health System — 718.470.8765

(9) John LoBriglio — Barr + Barr — 631-760-2102

(10) Roland Raeckle — Barr + Barr, Inc — 917-418-7078

(11) Chuck Russell — RAE·Corp — 918 825 7222

(12) Kendall Kihega — RAE-Corp — (918) 825 7222

(13) Jim Temple — DNT — (212) 682-0747

(14) Soo Lee — CA — 212 615 3759

# CHILLER AGENDA 4/26/05

1) JOHN SIEDLECKI EMAIL OF 4/15/04

   a) CHILLER #1 NOT OPERATIONAL - FLOW SWITCH
   b) GAS?
   c) CHILLER #2 LEAKS
   d) CHILLER #2 COMPRESSOR #3 TRIPS
   e) CHILLER #2 TOGGLE SWITCH COVER MISSING
   f) PIPE COVERING FOR HEAT TRACE NOT COMPLETE

2) DNT EMAIL 3/4/05

   a) LOW AMBIENT SPRAYS PROVE TO WORK.
   b) CONTROLS FOR LOW AMBIENT TIED INTO BMS.
   c) CONTROLS FOR BLOWER MOTORS TIED INTO BMS.

3) MATRIX LTR 1/31/05 RE EWO 165

   a) REPAIRS TO CHILLERS
   b) PARAMETERS WINTER OPNS -
   c) DNT Submitted -
      1) UNLOADING COMPRESSORS
      2) Auto Sump Drains

4) CONDUIT EMT -

5) WARRANTY ISSUES -

# Exhibit M