# Exhibit M

May 4, 2005

React Industries
Review Avenue
LIC, NY 11101
**Attn:** James Sarfaty

**Re:    HIP – Bayrigde Medical Center**

Dear James:

The following is a summary of the service of the heat exchangers in RTU-2:

| | |
|---|---|
| February 7, 2005 | A React technician and a factory-authorized technician replaced all the parts that were damaged in the flame roll out of RTU-2. |
| February 16, 2005 | A Technical Systems technician and I surveyed the unit and concluded that the burners in RTU-2 were not venting enough combustion gas. |
| February 17, 2005 | A factory-authorized technician changed the vent caps on all the units in an attempt to increase the airflow across the burner.  Although this appeared to fix the problem, we had the technician disable the high fire on all six burners until further review. |
| February 24, 2005 | After Technical Systems decided to upgrade the vent pipe on the three largest burners to 6" from 4" and extend all pipe to at least 2' above the unit roof, we had a factory-authorized technician survey the units and make a material list.  All changes were according to the recommendations of Reznor, the burner manufacturer. |
| March 2, 2005 - March 4, 2005 | A factory-authorized technician changed the vent pipe from 4" to 6" and extension of all pipe 2' above the roof. |
| March 9, 2005 | I surveyed the unit operation and found that the vent upgrade did not solve the problem in RTU-2.  As per the request of React, we had a technician seal the plenum section from the burner section in all units. |
| March 10, 2005 | A Reznor technician and I investigated the operation of all the burners and found the heat exchangers in RTU-2 were failed and allowed air to leak |

RTU-3 were functioning correctly (no evidence of heat or a flame roll out) as they have for the past three months.

| | |
|---|---|
| April 11, 2005 April 13, 2005 | Both duct furnaces (heat exchangers) in RTU-2 were removed and replaced with new duct furnaces. There still appeared to be a problem after the new units were installed. |
| April 15, 2005 | A factory engineer from Reznor inspected the installation, tested the operation and could not find anything incorrectly applied. After reviewing the problem with his associates, Reznor recommended that we add an adapter to the dilution air intake. |
| April 23, 2005 | The adapter suggested by Reznor had no affect on the operation of the duct furnaces. |
| April 28, 2005 | DNT hired an independent contractor to review the unit operation and offer an outlook. He broke down the sequence of the failure further than any other technician to date. This information has been forwarded to Reznor and Technical Systems for review. |
| April 29, 2005 | DNT hired a second independent contractor to review the unit operation. He made very quick judgments without adequate testing and revised his opinion the following day. |

We are currently working with Reznor and Technical Systems reviewing every aspect of the unit design and possible causes of the failure.

Tomorrow, we will rework the sheet metal seems that could not be sealed with duct sealer. This must be done for quality and efficiency purposes. Although we are optimistic, we do not anticipate that this will effect the burner operation.

DNT will not walk away from this project until the units run according to design. We are giving Reznor and Technical Systems time to resolve the duct furnace issue and it will be fixed.

If you have any questions do not hesitate to call me at (212) 682-0797.


Sincerely,


Jim Temple
Sales Engineer

Exhibit N

Jim & Rob,
This note confirms my telecon with Rob this am. Cancel Harbour Mechanical until Alan
Swank makes some job site assessments. He is traveling today will be on the job site
am of 6-3-03. Need job site address with contact name & phone #. Alan has a new
DX9121 W/sub base, some relays & fuses. I will send some more parts to your office
o'nite.
Respectfully
Chuck

-----Original Message-----
From: CHUCK RUSSELL
Sent: Thursday, May 29, 2003 11:41 AM
To: 'Harbour Mechanical (E-mail)'; 'Harbour Mechanical (E-mail 2)'
Cc: 'JIM TEMPLE'; LARRY HUDSON
Subject: 65461 BUILTMORE START-UP


Corrected PR # 65461

-----Original Message-----
From: CHUCK RUSSELL
Sent: Thursday, May 29, 2003 11:37 AM
To: Harbour Mechanical (E-mail); Harbour Mechanical (E-mail 2)
Cc: 'JIM TEMPLE'; LARRY HUDSON
Subject: 65641 BUILTMORE START-UP


Joe & Glenn,
Our service po #3725 is your firm's authorization to perform st/up on T&M NTE $1900

Respectfully
Chuck Russell

-----Original Message-----
From: JIM TEMPLE [mailto:JIMJT5@aol.com]
Sent: Thursday, May 29, 2003 10:35 AM
To: CHUCK RUSSELL; LARRY HUDSON
Subject: BUILTMORE START-UP - PR#65641


CHUCK,

     PLEASE ISSUE A PO FOR THE START UP OF THE ABOVE PROJECT.  WE ARE
SCHEDULED TO BEGIN TOMORROW.

JIM

FEDERAL INSURANCE COMPANY a/s/o
MANHATTAN THEATRE CLUB, INC.,

Plaintiffs,

- against-

REACT INDUSTRIES, INC., and
DNT ENTERPRISES, INC.,

Defendants.

x

REACT INDUSTRIES, INC.,

Third-Party Plaintiff,

-against-

TECHNICAL SYSTEMS,

Third-Party Defendants.

x

THIRD-PARTY SUMMONS

Third Party
Index No.: 590882/0

NEW YORK
COUNTY CLERK'S OFFICE
OCT 0 9 2007
NOT COMPARED
WITH COPY FILE

## TO THE ABOVE NAMED THIRD PARTY DEFENDANT
## TECHNICAL SYSTEMS

You are hereby summoned to answer the annexed Complaint of the Third Party Plaintiff, and the Complaint of Plaintiff, copies of which are herewith served upon you, and to serve your Answer on the undersigned attorneys whose address is 325 Broadway, Suite 502, New York, New York 10007, within twenty (20) days after service of this summons, exclusive of the date of service or within thirty (30) days after service is complete if service is made by any method other than personal delivery to you within the State of New York.

Dated: New York, New York
     October 5, 2007

HOFFMAN &ROTH, LLP

BY: _____

WILLIAM S. MATLIN
Attorneys for Defendant
Third-Party Plaintiff
REACT INDUSTRIES, INC
325 Broadway, Suite 502
New York, New York 10007
(212) 964-1890
Our File No.: 7329

TO:

**VIA SECRETARY OF STATE**
**TECHNICAL SYSTEMS**

PAUL A. TUMBLESON, ESQ.
**HOEY, KING, TOKER & EPSTEIN**
Attorneys for Plaintiff
55 Water Street, 28th Floor
New York, New York 10041-2899
(212) 612-4200
File No.: 79512105

DRUCKMAN & SINEL, LLP
Attorneys for Defendant
DNT ENTERPRISES
242 Drexel Avenue, Suite 2
Westbury, NY 11590
(516) 876-0800
Fax (516) 876-0888

Exhibit O

RAE Cor[

## Site Navigation

+ **RAE Corporation**
+ **Century Refrigeration**
+ **Technical Systems**
+ **RAE Coils**
  **AirCube**
  **King Coils**









### Welcome to RAE-Corp.com

RAE Corporation is a manufacturer specializing in the product of engineered cooling systems. Our goal is to provide properl designed systems to meet the needs of our customers. RAE Corporation operates a 230,000 square foot manufacturing facility located in the Mid America Industrial Park approximat 45 miles northeast of Tulsa, Oklahoma. Our plant is designec accommodate the material inventories, manufacturing area, quality assurance stations, and test and product developmen areas required to meet the needs of the most discerning customers.

Copyright © 2006 by RAE Corporation | Terms Of Use | Privacy Statement | Login

9/27/2007 2:20 AM

▷ **Visitor Information**
▷ **Exhibitor Information**
▷ **Hotel/Travel**
**Press Information**
**Contact Us**
**New York, NY**

## Quick Links

### INNOVATION
Awards

2008
APPLICATION
AVAILABLE

2008
PRODUCT
SHOWCASE









**Show Hours:**

**Tuesday,
January 22nd**

10:00am - 6:00pm

**Wednesday,
January 23rd**

10:00am - 6:00pm

**Thursday,
January 24th**

10:00am - 4:00pm

## Put the World's Largest HVAC&R Event to Work for You

**AHR Expo** is *"the HVAC&R Industry Show"* — the world's largest HVAC&R trade show event for professionals to buy, sell, network and learn.

**AHR Expo** is the premier launching pad for new product introductions, partnerships being formed and companies getting their start doing business in the industry.

### Be Knowledgeable. Be Competitive.

To remain competitive, staying on top of the latest technologies and industry standards is essential. At **AHR Expo** you can take advantage of dozens of educational opportunities that can be a real boost to your business. Check back here periodically to view the opportunities being offered at the 2008 AHR Expo.

Produced and Managed By.

*INTERNATIONAL EXPOSITION CO*

15 Franklin Street, Westport, CT 06880
tel: (203) 221-9232 fax: (203) 221-9260

Contact Us

Exhibit P

SEARCH BUILDINGS DEPT ▶

HOME

ABOUT THE BUILDINGS DEPT

BUILDINGS INFORMATION
SYSTEM (BIS)

**CAREER OPPORTUNITIES**

NYC CONSTRUCTION CODES
(FORMERLY MODEL CODE PROGRAMS)

LICENSES & RENEWALS

**APPLICATIONS & PERMITS**

- Applications
- Cranes and Derricks
- eFiling
- Electrical
- Elevators
- Home Improvement
  Contractors (HIC)

- PC Filing
- Plumbing
- Post Approval
  Amendments (PAAs)
- Professional Certification
  Program
- Permits

CERTIFICATES OF OCCUPANCY

CONSTRUCTION SAFETY

VIOLATIONS

FORMS

REFERENCE MATERIALS

GUIDES & PUBLICATIONS

NEWS & SERVICES

CONTACT THE BUILDINGS DEPT

⎙ **Adobe Acrobat Reader**
   (required to view PDFs)

In accordance with Section 27-131 of the New York City Building Code, certain materials and equipment require Department of Buildings acceptance. These manufactured items affect public safety, health and welfare (including structural stability and fire safety) and are usually a permanent part of a building. They include such items as boilers, air-conditioning equipment, commercial cooking equipment, fire-rated assemblies, fire alarm and suppression equipment, wheelchair lifts, etc. The actual list of accepted products to date is known as the MEA Index (see below for further information).

Established in 1969, the Materials and Equipment Acceptance (MEA) Division was created under Department Rule 1-01 to implement the Code requirement and ensure that certain permanent building materials and equipment meet the minimum national standards required by the Building Code. The unit also reviews the qualifications of testing laboratories and testing services for acceptance by the Department.

It is the responsibility of the manufacturer to obtain MEA acceptance for his or her product. The manufacturer can download the MEA Application Package for detailed information regarding the process. The applicant is required to provide a typewritten description of the product, include photographs, drawings, schematics, and marketing materials, fill out the acceptance application form MEA-1, and provide a compact disk with draft language for the final acceptance document (form MEA-3) as he or she would like to see it.

In addition, the product must be tested by a Department-accepted testing laboratory or testing service to ensure that the product conforms to the Code-required standard. The manufacturer must provide a sample of his or her product to the testing laboratory or testing service for the test, pay the required fee, and at the completion of the test have the laboratory fill out the testing form MEA-2. All three required forms, the product data, the test reports and the application fee comprise the application. (For photoluminescents, click here for additional application information.)

Materials and equipment affecting fire safety are also subject to review by the Fire Department of New York. For these applications, an exact copy of the entire application except the fee must be submitted simultaneously to the Fire Department.

All manufacturers that receive product acceptance from MEA are given an MEA number for the product and provided a copy of the report (also called resolution), which lists the model number(s) and describes the material, assembly or equipment and any conditions of the acceptance. Recent MEA numbers may be found at MEA Index or MEA Report online, and the entire listing through March 31, 2004, is available at the New York CityStore.

BOROUGH
Pick a Borough
HOUSE #

STREET NAME:

SUBMIT ▶    CLEAR

*Filing*    ▶

MY COMMUNITY    ▶

LICENSE SEARCH    ▶

▸ BUILD Top 10
▸ MMR Reports
▸ Weekly Reports
▸ Monthly Reports
▸ OP-98 Rejections

**New York State
Energy Code**.
Learn more from
NY State Department

**Local Law 86/2005 is
the City's green
buildings law**.

9 of 9

▸ Conserve Energy!
▸ Conserve Water!
▸ Energy Code
▸ Green Building
▸ PlaNYC 2030

Following is a list of the basic regulations under which MEA operates:

**The New York City Building Code**

| | |
|---|---|
| Section 26-214: | Special Fees |
| Section 27-130: | General Requirements |
| Section 27-131: | Acceptance Requirements |

**Reference Standards & Rules**

| | |
|---|---|
| RS 6-1 & RS 6-1A: | Photoluminescent Signs and Markings |
| Rule 1-01: | Material and Equipment Application Procedures |
| Rule 17-01: | Acceptance of Testing Laboratories and Testing Services |

**Technical Policy and Procedure Notice (TPPN)**

| | |
|---|---|
| TPPN #7/87: | Restaurant Equipment |
| TPPN #12/94: | Self-Certification of Limited Category of Materials and Equipment |

▸ **Other MEA Resources**

VIEW SITE MAP

Copyright 2008 The City of New York

Exhibit Q

# NEW YORK SPECIFIC JOBS

*TS*

| # | JOB NAME | MODEL # | YEAR | FAN | ECONO | PUMPS |
|---|---|---|---|---|---|---|
| 6 | TEACHER FOR AMERICA | (1) PPD-66 | 2008 | - | - | YES |
| | THE EDGE BLDG. # 2 | (2) FC96-1957-SCP | 2008 | C | - | YES |
| | THE EDGE BLDG. # 3 | (2) FC96-1145-SCP | 2008 | C | - | YES |
| 7 | TACONIC MANAGEMENT | (1) FC12-133-SP | 2008 | P | - | YES |
| 6 | NFB - 991 3RD AVENUE | (1) FC96-697-SCF, (1) PPD-152 | 2007 | C | | PPD-152 |
| 3 | PRONOVIAS | (1) 30AOLM120-SPFC | 2007 | | Y | YES |
| 1 | HIGHBRIDGE CAPITAL | (3) FC12-143, (1) PPD-95 | 2007 | P | | B&G |
| 5 | NFB - 57W 57TH STREET | (2) FC100-218-SCF, (1) PPD-90 | 2007 | DELHI | | PPD-90 |
| 7 | NAT SHERMAN | (1) FC100-555-SPCFQ | 2007 | DELHI | | YES |
| 6 | BLOOMBERG WAREHOUSE | (4) FC100-310SCF, (1) PPD-202 | 2007 | C | - | YES |
| 6 | AMERADA HESS | (5) 34WOLM60-S, (1) MASTER PANEL | 2007 | - | - | - |
| 0 | H&M | (2) FC100-424-CF, (1) MASTER PANEL | 2007 | C | - | - |
| 8 | CITI BANK - GARDEN CITY | (1) FC4-66-SP | 2007 | P | - | YES |
| 6 | OPAL BUILDING | (1) FC36-390-SC, (1) PPD-85 | 2007 | C | - | YES |
| 6 | DEPT. OF HEALTH | (1) FC12-143M10-SP | 2007 | P | - | YES |
| 4 | VALLEY NATIONAL BANK | (2) FC100-173-CF | 2007 | C | - | - |
| 3 | 50E. 91ST STREET | (1) EWC-AC4-FD16-H2 | 2007 | P | - | YES |
| 0 | CITIBANK | (1) 30AOLD30-SCF | 2007 | C | - | - |
| 4 | GUCCI | (1) FC100-185-CF, (1) PPD-40 | 2007 | C | - | YES |
| 9 | CARTIER | (1) 37AOLM60-SPFCT | 2007 | P | Y | YES |
| 4 | 515 E. 72ND STREET | (1) 24WOLM36-S | 2007 | - | - | - |
| 1 | NYU - 838 BROADWAY | (1) TRAH-12, (1) TRAH-18 | 2007 | ROOFTOP | - | - |
| 6 | JP MORGAN CHASE | (1) 34WOLM30-S, (1) PPD-72 | 2007 | - | - | YES |
| 8 | GOOGLE - 111 8TH AVENUE | (1) FC100-991-SCF, (1) PPD-190 | 2007 | C | - | YES |
| 7 | HP BRANCHBURHG | (2) FC96-1195-SP | 2007 | P | - | YES |
| 7 | 2030 BROADWAY | (1) FC96-1016 | 2007 | P | - | - |

| P.O. # | PR # | JOB NAME | MODEL # | YEAR | FAN | ECONO | PU |
|---|---|---|---|---|---|---|---|
| T-6095 | 83160 | ETHICAL FIELDSTON II | ROOFTOPS | 2006 | P | AIR | |
| T-6188 | 83755 | 230 RIVERSIDE DRIVE | (1) 30AOLD30-SQPEC | 2006 | C | Y | Y |
| T-6262 | 83843 | GRACE CHURCH SCHOOL | (1) TRAH-07, (1) 20AOLD08-SCF | 2006 | ROOFTOP | | |
| T-6298 | 85193 | HAMLET APT | (1) 30AOLM52-SPC | 2006 | DELHI | | Y |
| T-6324 | 84954 | PARK SLOPE ARMORY | (2) 30AOLM135-SFC | 2006 | C | Y | |
| J-6520 | 86209 | FED CAP | (1) 30AOLM60-SP | 2006 | P | - | Y |
| | | | | | | | |
| T-5085 | 78118 | NYU-STEINHARDT | FC96-1144-SQ | 2005 | DELHI | - | |
| T-5177 | 78920 | 2030 BROADWAY | (5) FC96-992, (1) PPM-1050 | 2005 | P | - | Y |
| T-5203 | 79565 | BMW | (1) TPAH-18-37-520 W/ LD30 & (2) 20AOCS15'S | 2005 | AIR-COOLED | | |
| T-5258 | 79785 | ETHICAL CULTURAL | (9) ROOFTOPS | 2005 | AIR-COOLED | | |
| T-5355 | 80264 | NYU-PUCK BLDG. | (5) 30AOLS15-SCF | 2005 | DELHI | YES | |
| C-5457 | 81146 | YONKER'S RACEWAY | (2) FC96-1522-SP | 2005 | P | - | Y |
| T-5533 | 78021 | MARY MOUNT COLLEGE | (1) FC96-1155-SCQP | 2005 | DELHI | - | Y |
| | | | | | | | |
| T-3520 | 72825 | CARVER BANK | 35EOLM105S | 2004 | EVAP | - | |
| T-3648 | 74021 | BANK OF AMERICA | FC100-504-SCF | 2004 | DELHI | - | PPD-2 |
| T-3685 | 74114 | IDEAL | (3) 30AOLM52-SFC | 2004 | C | YES | (1) PF |
| C-3706 | 74113 | BOYS & GIRLS | 30AOLM60-SP | 2004 | P | - | Y |
| T-3820 | 74783 | G.I.A. | (4) 30AOLM45-SFC, (1) PPD-420 | 2004 | DELHI | YES | (1) PF |
| T-3835 | 75589 | HELMSLEY SPEAR | 34WOLM39, PPD-83 | 2004 | | | (1) P |
| J-3841 | 75469 | MEETH | (2) 30AOLM75-S, (1) PPD-326 | 2004 | | | Y |
| T-3846 | 75550 | HIP - BAYRIDGE | TRAH-18 & 20AOLD26, TRAH-24 & 20AOLD30 | 2004 | | | |
| | | | | | | | |
| C-3082 | 68255 | PIERPONT MORGAN LIBRARY | 30AOLD30-SPCF | 2003 | DELHI | YES | Y |
| T-3173 | 69657 | AMERICAN GIRL | (2) 30AOLM165-SPFC | 2003 | DELHI | YES | PPD |
| C-3248 | 70123 | ENDO PHARMACEUTICAL | 30AOLSD260-SFC | 2003 | DELHI | YES | |
| C-3418 | 72510 | CHURCH OF SCIENTOLOGY | (2) 30AOLM104-SFC | 2003 | DELHI | YES | |
| | | | | | | | |
| C-2725 | 65140 | FIDELITY INVESTMENTS | (2) FC36-303-CFL, (2) FC36-303-CFR | 2002 | DELHI | | |
| C-2728 | 65296 | CHASE # 492 | FC100-488-SPFC | 2002 | DELHI | | Y |
| C-2744 | 65461 | BILTMORE THEATRE | (2) 30AOLM105-SPFC | 2002 | DELHI | YES | |
| T-2753 | 65460 | LINK'S CLUB | 30AOLM78-SCF | 2002 | DELHI | | |

| # | JOB NAME | MODEL # | YEAR | FAN | ECONO | PUMPS |
|---|---|---|---|---|---|---|
| 01 | SAINT ANN'S SCHOOL | 30AOLM120-S | 2002 | P | | |
| 25 | PACKER COLLEGIATE | 30AOLM135-SP | 2002 | P | | YES |
| 00 | BLOOMBERG | (5) 30AOLM210-SFC | 2002 | DELHI | YES | |
| 79 | POLYPREP COUNTRY DAY SCHOOL | 30AOLD26-SPFC | 2002 | P | YES | YES |
| 52 | 311 CALL CENTER | (2) FC100-331-SCF | 2002 | DELHI | | (2) PPD-70 |
| 23 | OFFICE OF GENERAL SERVICES | 20AOLS13, (3) 20AOLS8, (4) 20AOLS10, 20AOLS15 | 2002 | P | | |
| 03 | AMALGAMATED BANK | 20AOLM45-SCF | 2002 | DELHI | | |
| 51 | VISITING NURSE SERVICES | FC100-344-SCF | 2002 | C | | PPD-75 |
| 00 | ABC IMAGING | 30AOLD30-SPFC | 2002 | DELHI | YES | YES |
| 39 | TACONIC PROPERTIES | FC12-143-SP | 2002 | P | | YES |
| 79 | KATE'S PAPER | (4) 30AOLS9-S, (2) FC12-138-S | 2002 | P | | (1) PPD-80 |
| 52 | PATEC | FC24-348-SCF | 2002 | DELHI | | PPD-76 |
| 08 | BANK OF MONTREAL | (6) 30AOLD30 - SFC | 2001 | | YES | YES |
| 54 | SOUTH BEACH HOUSE | 30AOLM45-SPFC | 2001 | P | YES | YES |
| 36 | SALOMAN SMITH BARNEY | (2) FC96-1355-S | 2001 | P | | |
| 49 | MERILL LYNCH -- CHILLERS | (7) 30AOLS15-SFC | 2001 | P | YES | PPD-242 |
| 70 | TOY 'R' US | 30AOLM48-SPFC | 2001 | DELHI | YES | YES |
| 02 | SPEAR LEEDS KELLOG | FC100-665-SPCF | 2001 | DELHI | | |
| 25 | IBASIS | FC96-1560-SCF | 2001 | DELHI | | PPD-340 |
| 22 | KENNETH COLE | FC96-722-SP | 2001 | DELHI | | |
| 70 | NEW YORK UNIVERSITY | FC96-1144SQ | 2001 | DELHI | | PPD-750 |
| 30 | TELERGY | (6) FC48-175-SP | 2000 | DELHI | | (1) PP-228 |
| 03 | MESEUM OF FOLK ART | 30AOLM180-SPFC | 2000 | DELHI | YES | CENTRI |
| 31 | WASSERSTEIN PARELLA | (2) 30AOLM130-SPFC | 2000 | DELHI | YES | YES |
| 02 | ATLANTIC BANK | (2) 30AOLM150-SPFC | 2000 | P | YES | YES |
| 33 | PRADA PIANO FACTORY | (2) 30AOLM117-SPFC | 2000 | DELHI | YES | |
| 22 | KETCHUM | 30AOLD30-SPFC | 2000 | P | YES | YES |
| 06 | ARBINET | (3) FC96-701-SP | 2000 | DELHI | YES | YES |
| 37 | BEAR HUNTER | 30AOLM39-S, 10AO406-SCF | 2000 | DELHI | | YES |
| 02 | CON-EDISON | (3) FC96-2334-S | 2000 | P | | |
| 07 | SCHOOL OF MUSIC | FC48-300-SPCF | 2000 | DELHI | | YES |

| # | JOB NAME | MODEL # | YEAR | FAN | ECONO | PUMPS |
|---|----------|---------|------|-----|-------|-------|
| 5 | KPMG | 30AOLM60-SPFC | 2000 | DELHI | YES | YES |
| 3 | RCN | FC96-1850-SPFC | 2000 | DELHI | | CENTRI |
| 0 | TELIA NORTH AMERCIA | (2) FC72-670-SCF, (2) FC96-1195-SCF, (4) FC96-989-SCF | 2000 | DELHI | | (2)PPD-104, (2)PPD-171, (2)PPD-234 |
| 3 | IXNET | FC96-1526-SCFQ | 2000 | DELHI | | |
| 2 | ATLANTIC TECHN. CENTER | FC96-1526-SCFQ | 2000 | DELHI | | |
| 6 | DOUBLE CLICK | (4) FCC-1414-PCF | 1999 | DELHI | | YES |
| 0 | 1199 -- HOSPITAL LEAGUE | (4) FCC300-SCF | 1999 | DELHI | | (1) PP-272 |
| 4 | SKADDEN ARPS | (4) 34WOLM60-SC | 1999 | | | |
| 4 | OMNICOM - 437 MADISON AVE | FC42-261-SPCF | 1999 | C | | YES |
| 6 | LOCAL 1199 | (4) FCC-300-SCF | 1999 | DELHI | | (1) PP-272 |
| 6 | H & M | (2) 30AOLM104-SPFC | 1999 | P | | YES |
| 9 | TSE SHOWROOM | 30AOLM78-SPFC | 1999 | P | YES | YES |
| | PRADA | 30AOLM84-SP | 1998 | P | | |
| | CORNELL UNIVERSITY | 30AOLM60-S | 1998 | P | | |
| | FMCG | 30AOLM48-SPFC | 1998 | DELHI | | YES |
| | KPMG | 30AOLD26-SPFC | 1998 | P | YES | YES |
| | EASTMAN SOFTWARE | 30AOLM90-SPFC | 1998 | DELHI | YES | YES |
| | CD RADIO | (1) 30AOLS15-SC, (8) 30AOLS15-S | 1998 | P | | |
| | CADWALDER - 125 MADIEN LANE | (6) FC-330-SCF | 1998 | DELHI | | (1) PP-288, (1) PP-144 |
| | M.B.I.A. | 30AOLM75-SPFC | 1998 | P | YES | |
| | FURMAN SELZ | (1) 30AOLM120-SPFC, (1) 30AOLM120-SFC | 1998 | DELHI | | |
| | NAUTICA | (1) FC-506-CF, (1) 34WOLM18-SXC, (1) 34WOLM18-SX | 1997 | DELHI | | |
| | DELOITTE & TOUCHE | (1) 34WOLM60-C, (3) 34WOLM60 | 1997 | | | YES |

No. 32

Introduced by Council Members Clarke, Koppell, Seabrook, Stewart, Comrie Jr., Boyland and Gonzalez (by request of the Mayor).

# A LOCAL LAW

**To amend the administrative code of the city of New York, in relation to mechanical refrigeration and to repeal subchapter 18 of chapter 4 of title 27 relating to mechanical refrigeration.**

*Be it enacted by the Council as follows:*

Section 1. Section 27-106 of the administrative code of the city of New York is amended to read as follows:

§ 27-106 Enforcement.    This code shall be enforced by the commissioner of buildings, pursuant to the provisions of section six hundred forty three of the New York city charter, as amended, except that the fire commissioner shall also enforce the provisions of this code relating to the approved number of persons in places of assembly (overcrowding), obstruction of aisles, corridors, and exits, *the posting and availability for inspection of equipment use permits, and the availability for inspection of certificates of occupancy or other authorization of lawful occupancy,* and to the maintenance of *installations involving* fire alarm equipment and devices, exit and directional signs, emergency lighting, [and] fire-preventative and fire extinguishing equipment and devices, [and] *refrigerating systems, and storage tanks and auxiliary storage tanks for oil burning equipment,* except that the commissioner of [ports and terminals] *small business services,* shall enforce all the provisions of this code with respect to buildings under the jurisdiction of the department of [ports and terminals] *small business services.* Where the installation of exit and directional signs, emergency lighting and sprinkler and fire alarm protection is required by the fire prevention code, the fire commissioner shall require such installations to be in accordance with the provisions of this code.

§ 2.    Section 27-114 of the administrative code of the city of New York is amended by adding a new subdivision (h) to read as follows:

*(h)    The installation, alteration or replacement of refrigerating systems as provided in reference standard RS 13-6.*

§ 3.    Paragraph 1 of subdivision (d) of section 27-184 of the administrative code of the city of New York is amended to read as follows:

1. Has a capacity of twenty-five tons or less and uses a Group [I] *A1 refrigerant.*

§ 4.    Subdivision (c) of section 27-781 of the administrative code of the city of New York is amended to read as follows:

(c) Exception.   No equipment use permit or temporary equipment use permit shall be required for any [refrigeration] *refrigerating* system exempted under the provisions of section 27-189 of article eighteen of subchapter one of this chapter; for any system using a group [two] *A2, B1 or B2* refrigerant and having a prime mover of one [h. p.] *horsepower* or less; or for any system using water or air as a refrigerant.

§ 5.    Paragraph (3) of subdivision (b) of section 27-946 of the administrative code of the city of New York is amended to read as follows:

(3)   No person shall place or install any equipment containing a refrigerant classified in groups [I, II, and III] *A1, A2, A3, B1, B2 or B3* in subchapter thirteen of this chapter, or place or install gas piping or gas consuming devices or any other equipment within any space housing a fire pump that would create a hazardous condition.

§ 6.    Section 27-4002 of the administrative code of the city of New York is amended adding a new subdivision 10c to read as follows:

*10c.   Department, the fire department of the city of New York.*

§ 7. Section 27-4002 of the administrative code of the city of New York is amended by adding a new subdivision 47 to read as follows:

Case 1:07-cv-08661-LLS    Document 14-6    Filed 04/01/2008    Page 21 of 24

*circuit in which refrigerant is circulated for the purpose of extracting, then discharging heat.*

§ 8. Paragraph 2 of subdivision (a) of section 27-4026 of the administrative code of the city of New York, as amended by local law 32 for the year 1987, is amended to read as follows:

2. Certificate of qualification [to operate] *for* refrigerating [systems;] *system operating engineer:*
   Original [for a term of three years] .....................$25.00
   Renewals [for terms of three years].....................$5.00

§ 9. Paragraph 1 of subdivision p of § 27-4027 of the administrative code of the city of New York, as amended by local law 43 for the year 1988, is amended to read as follows:

1. to maintain [and/] or operate [refrigeration units] *a refrigerating system*

[equal to or above 5 H.P., and/or roof mounted/suspended, and/or ceiling           mounted/suspended,  or units using group II or group III refrigerants] (per [unit] *compressor*)....................................... 105.00

§ 10.  Subchapter 18 of chapter 4 of title 27 of the administrative code of the city of New York is REPEALED and a new subchapter 18 is reenacted  to read as follows:

### SUBCHAPTER 18
### MECHANICAL REFRIGERATION

#### ARTICLE 1
#### PERMITS AND OPERATING REQUIREMENTS

§27-4190 Permits.  a.  For purposes of this subchapter, refrigerants shall be classified by safety groups in accordance with reference standard RS 13-6 of the building code.  Except as otherwise provided in this subchapter, it shall be unlawful to maintain or operate without a permit any  refrigerating  system that uses a group A1,  A2,  A3,  B1,  B2 or B3 refrigerant or that is mounted on or suspended from a roof or ceiling, except a refrigerating system of  less than five  horsepower that uses a group A1 refrigerant and that is not mounted on or suspended from a roof or ceiling.  Such permit shall be posted adjacent to the system or kept on the premises in a location where it can be produced upon request of any representative of the department.

b.  Permits shall not be required for  refrigerating systems installed in the residence portion of any building; installed in vehicles, vessels or railroad cars;  or employing water or air as a refrigerant.

c.  The system capacity of a refrigerating system with multiple compressors shall be the aggregate of all the individual compressors.

d.  If the department finds that the system creates a hazard to life or property or for other good cause, it may order the system to be shut down until the corrections required by the department are made.

§  27-4191 Refrigerating system operating engineer.  a.  It shall be unlawful to operate any refrigerating system for which a permit is required under this subchapter and which is a system described in Table 1 of this subchapter, unless such operation is under either the personal supervision or general supervision, as specified in Table 1, of a person who has obtained a certificate of qualification for refrigerating system operating engineer. For purposes of this subchapter, personal supervision shall mean that such person is present on the premises or other proximate location acceptable to the commissioner at all times while the system is in operation and that the operation of such system is under his or her personal direction and control, and general supervision shall mean that such person is responsible at all times for the safe operation of such system when such system is in operation but need not be personally present on the premises at all times while the system is in operation.

b.   A certificate of qualification for refrigerating system operating engineer shall be issued by the commissioner to an applicant who has been certified as qualified to operate a refrigerating system and otherwise meets the requirements established for such certificate of qualification, including appropriate experience and/or training in refrigerating systems or related technology.  For purposes of issuing such certificate of qualification, the commissioner may approve training courses in refrigeration and related technology.

#### TABLE 1
#### REFRIGERATING SYSTEM OPERATING ENGINEER

| INSTALLATION DATE | REFRIGERANT GROUP OR | OCCUPANCY TYPE | APPLICATION | POUNDS OF REFRIGERANT IN | SYSTEM HORSE POWER | SYSTEM DESIGN | SUPERVISION REQUIREMENT |
|---|---|---|---|---|---|---|---|

| | GROUP OR NAME (see note 2) | TYPE (see note 2) | REFRIGERANT IN SYSTEM | HORSE-POWER | DESIGN | REQUIREMENTS |
|---|---|---|---|---|---|---|
| | A1 | Industrial | Human comfort | More than 200 | NA | Fully automatic | Personal |
| | A1 | Industrial | Human comfort | More than 50 up to 200 | NA | Fully automatic | Personal |
| | A1 | All except industrial | All | More than 50 | NA | Not fully automatic | Personal |
| | A1 | All except industrial | All | More than 200 | NA | Fully automatic | Personal |
| | A1 | All except industrial | All | More than 50 up to 200 | NA | Fully automatic | Personal |
| Regardless also June 1, 1957 | A1 | Industrial | Human comfort | 50 | More than 25 tons (10 and equivalency) (see note 3) | | Personal |
| | A1 | All except industrial | All | NA | More than 50 (or kilowatt equivalency) (see note 3) | NA | Personal |
| Regardless of when installed | A2, A3, B1, B2, B3 and carbon dioxide | All | All | More than 50 | NA | Not fully automatic | Personal |
| | A2, A3, B1, B2, B3 and carbon dioxide | All | All | More than 200 | NA | Fully automatic | Personal |
| | A1 | Industrial | All except human comfort | More than 50 | NA | Not fully automatic | Personal |
| | A1 | Industrial | All except human comfort | More than 200 | NA | Fully automatic | Personal |
| | A1 and carbon dioxide | Industrial | All except human comfort | More than 50 up to 200 | NA | Fully automatic | General |
| | A1 | | Human comfort | NA | Aggregate exceeding 100 horsepower (see note 4) | NA | Personal |

Notes:

1. For purposes of refrigerating system operating engineer requirements, Refrigerant R-123 shall be treated as a group A1 refrigerant, and carbon dioxide shall not be treated as a group A1 refrigerant.

2. For installations after December 6, 1968, industrial occupancy refers to occupancy groups A, B-1, B-2, D-1 and D-2 as defined in chapter 1 of this title. For installations prior to such date, industrial occupancy refers to that portion of a building used for manufacturing, processing, or storage of materials or products, including, among others, chemical, food, candy, and ice cream factories, ice making plants, meat packing plants, refineries, perishable food warehouses, and similar occupancies.

3. This provision shall not apply to installations approved prior to the effective date of the local law that added §27-4191 of this subchapter. However, an operator shall be required for all systems which contain any single prime mover or compressor in excess of 50 horsepower.

4. This aggregate provision applies only to systems within a single building which are under the sole direct control of a single occupant, lessee or owner. Systems with a rating of 15 horsepower or less or the kilowatt equivalency thereof are excluded from the aggregate.

### ARTICLE 2
### INSTALLATION, CLASSIFICATION, TESTING AND REFRIGERANT REQUIREMENTS

§ 27-4192 Applicable Requirements. a. All refrigerating systems installed on or after the sixth day of December, nineteen hundred sixty-eight shall be subject to the requirements of the building code and reference standards and rules promulgated thereunder.

b. All refrigerating systems installed prior to the sixth day of December, nineteen hundred and sixty-eight shall be subject to the requirements of this subchapter in effect prior to the effective date of the local law that added this section, except where such installations are altered or replaced, in which event such refrigerating systems shall be subject to the requirements of the building code and reference standards and rules promulgated thereunder.

§ 18. This local law shall take effect immediately.

THE CITY OF NEW YORK, OFFICE OF THE CITY CLERK, s.s.:

I hereby certify that the foregoing is a true copy of a local law of the City of New York, passed by the Council on June 28, 2004 and approved by the Mayor on July 12, 2004.

VICTOR L. ROBLES, City Clerk of the Council

CERTIFICATION PURSUANT TO MUNICIPAL HOME RULE LAW §27

Pursuant to the provisions of Municipal Home Rule Law §27, I hereby certify that the enclosed Local Law (Local Law 32 of 2004, Council Int. No. 247) contains the correct text and:

Received the following vote at the meeting of the New York City Council on June 28, 2004: 48 for, 0 against, 0 not voting.

Was signed by the Mayor on July 12, 2004.

Was returned to the City Clerk on July 14, 2004.

JEFFREY D. FRIEDLANDER, Acting Corporation Counsel

Cases4167nyen08661.PLS    Document... Page 24 of 24

...cu sound attenuating device... the requirements of article ...  ...exhaust fan intake other... Duct lining

## MAXIMUM SOUND POWER LEVELS PERMITTED IN ... SPACES OR SHAFTS ADJOINING DWELLING SPACES

| Bands, c.p.s. frequency | Max. Sound Power Level db | |
|---|---|---|
| | db re 10^-18 Watts | db re 10^-12 Watts |
| 63 | 101 | 91 |
| 125 | 101 | 91 |
| 250 | 103 | 93 |
| 500 | 105 | 95 |
| 1000 | 102 | 92 |
| 2000 | 101 | 91 |
| 4000 | 98 | 88 |
| 8000 | 96 | 86 |

...n sound power levels shall be reduced 5 db in any octave band where the ...indicate pure tone generation. The presence of pure tones may be determined ...one-third octave band analysis. The criterion for a significant pure-tone com... an audible pure-tone sound together with an increase of the sound pressure ...responding one-third octave band above the mean of the two adjacent one-...ncy of one-third ...nd

...und pressure level (db)

| 40/125 | 160/250 | 215/500 | 630/1,000 | 1,000/10,000 |
|---|---|---|---|---|
| 6 | 4 | 3 | 2 | 1½ |

...issued after January First, Nineteen Seventy-Two, the Maximum Sound Power ...changed as follows:

| Band c.p.s. Frequency | db re 10^-18 Watt | db re 10^-12 Watt |
|---|---|---|
| 63 | 98 | 88 |
| 125 | 97 | 87 |
| 250 | 100 | 90 |
| 500 | 97 | 87 |
| 1000 | 96 | 86 |
| 2000 | 93 | 83 |
| 4000 | 91 | 81 |

...TERIOR MECHANICAL EQUIPMENT.—Mechanical equipment ...g in any occupancy group, when located outside of the building in a ...rt or on a roof, or where the equipment opens to the exterior of the ...e windows of a dwelling unit in any building in occupancy groups J-1, ...located within a sphere of 100 ft. radius whose center is any part of the ...or its housing, unless it can be shown that the sound pressure levels, in ...s, of the exterior mechanical equipment as measured within the dwell-...not exceed the levels given in table 12-5.

...inimum structure-borne noise and vibration isolation requirements.-
...used in accordance with the following requirements shall be approved.
...ILER ROOMS.—
...ers.—All boilers supported on floors above a story having dwelling

## TABLE 12-4 MAXIMUM SOUND POWER LEVELS PERMITTED FOR EXTERIOR MECHANICAL EQUIPMENT ADJOINING BUILDINGS[b]

| Minimum distance from equipment to exterior window (ft.)[a] | Maximum Sound Power Levels in Octave Bands — db re 10^-18 Watts[a] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Octave Bands c.p.s. Mid Frequency | | | | | | | |
| | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
| 12 | 99 | 92 | 88 | 84 | 82 | 82 | 82 | 82 |
| 25 | 103 | 96 | 92 | 88 | 86 | 86 | 86 | 86 |
| 50 | 107 | 100 | 96 | 92 | 90 | 90 | 90 | 90 |
| 100 | 110 | 103 | 99 | 95 | 93 | 93 | 93 | 93 |
| | in Octave Bands — db re 10^-12 Watts | | | | | | | |
| 12 | 89 | 82 | 78 | 74 | 72 | 72 | 72 | 72 |
| 25 | 93 | 86 | 82 | 78 | 76 | 76 | 76 | 76 |
| 50 | 97 | 90 | 86 | 82 | 80 | 80 | 80 | 80 |
| 100 | 100 | 93 | 89 | 85 | 83 | 83 | 83 | 83 |

Notes:

a The minimum distance shall be measured in a straight line regardless of obstructions. Interpolated levels may be used for distances between those given in this table. See note a. at end of table 12-3.

1. In the event sound power level data for the exterior mechanical equipment is not available, the sound pressure levels in octave bands, of the exterior mechanical equipment shall be measured.

2. The measurements shall be obtained with the microphone of the measuring equipment located at the interior of the dwelling unit affected in a line with the window nearest the exterior mechanical equipment. The window shall be fully open and the microphone shall be located 3 feet away from the open portion of the window.

3. Measurements shall be obtained during times when the ambient sound pressure levels, in octave bands, are at least 6 db lower at all octave bands than the sound pressure levels measured with the exterior equipment operating. By ambient sound pressure levels is meant the measured sound pressure levels, at the above described measuring location, with the exterior equipment not in operation.

b For permits issued after January First, Nineteen Seventy-Two, the permitted Maximum Sound Power Levels for Exterior Mechanical Equipment Adjoining Buildings shall be changed as follows:

| Feet | Maximum Sound Power Levels in Octave Bands — db re 10^-18 Watt | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
| 12 | 97 | 90 | 83 | 78 | 75 | 73 | 72 | 71 |
| 25 | 104 | 96 | 89 | 84 | 81 | 79 | 78 | 77 |
| 50 | 110 | 102 | 95 | 90 | 87 | 85 | 84 | 83 |
| 100 | 116 | 108 | 101 | 96 | 93 | 91 | 90 | 89 |
| | in Octave Bands — db re 10^-12 Watt | | | | | | | |
| 12 | 87 | 80 | 73 | 68 | 65 | 63 | 62 | 61 |
| 25 | 94 | 86 | 79 | 74 | 71 | 69 | 68 | 67 |
| 50 | 100 | 92 | 85 | 80 | 77 | 75 | 74 | 73 |
| 100 | 106 | 98 | 91 | 86 | 83 | 81 | 80 | 79 |

units shall be supported on resilient isolators having a minimum static deflection of 1 in. The isolators shall be installed directly under the structural frame of the boiler.

b. Boiler breeching and piping. — When boilers are equipped with mechanical draft fans, the boiler breeching and piping that is supported from or on slabs, floors