# Exhibit R

**ADAM MEYER <ADAMM@rae-corp.com>**
To: JIM TEMPLE <jjtemple@gmail.com>, RMH1276@aol.com

**Mon, Mar 5, 2007 at 4:33 PM**

~~Did you~~ ~~everything you need~~

Thanks,

Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

**JIM TEMPLE <jjtemple@gmail.com>**
To: ADAM MEYER <ADAMM@rae-corp.com>
Cc: RMH1276@aol.com

**Mon, Mar 5, 2007 at 4:28 PM**

**RMH1276@aol.com <RMH1276@aol.com>**
To: ADAMM@rae-corp.com, jjtemple@gmail.com

**Mon, Mar 5, 2007 at 4:28 PM**

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

# 87376 991 3rd

6 messages

**ADAM MEYER <ADAMM@rae-corp.com>**
To: JIM TEMPLE <jjtemple@gmail.com>                    **Fri, Mar 9, 2007 at 8:28 PM**

Jim,

███████████████████████████████████████████████████████████████████████████

Thanks,

Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

**JIM TEMPLE <jjtemple@gmail.com>**
To: ADAM MEYER <ADAMM@rae-corp.com>                    **Mon, Mar 12, 2007 at 10:28 AM**

██████████████████████████
[Quoted text hidden]

**ADAM MEYER <ADAMM@rae-corp.com>**
To: JIM TEMPLE <jjtemple@gmail.com>                    **Mon, Mar 12, 2007 at 10:31 AM**

████████████████████████████████████████████████████████████████████

████████████████████████████████████

Thanks,

Adam Meyer

**JIM TEMPLE <jim@dntenter.com>**                                        Mon, Mar 12, 2007 at 10:37 AM
To: ADAM MEYER <ADAMM@rae-corp.com>

~~wall mounted of [illegible] for the frame walls check with [illegible] believe the standard pump~~
~~Should [illegible] on the of [illegible] will [illegible]~~

jim temple

[Quoted text hidden]

**ADAM MEYER <ADAMM@rae-corp.com>**                                     Mon, Mar 12, 2007 at 10:47 AM
To: JIM TEMPLE <jim@dntenter.com>

~~Is this [illegible]~~

~~Insulation, inter [illegible]~~

~~[illegible]~~

~~Correct me if [illegible]~~

  - ~~[illegible] powered by VFD's~~
  - ~~E [illegible]~~
  - ~~P [illegible]~~
  - ~~The pump [illegible] panel – all by others and pump motor wired to [illegible]~~
    ~~[illegible]~~

~~[illegible] wrong and I will have to react from [illegible]~~

Thanks,

Adam Meyer

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE



jim temple

On 3/12/07, **ADAM MEYER** <ADAMM@rae-corp.com> wrote:

Thanks,

Adam Meyer

**From:** JIM TEMPLE [mailto: jjtemple@gmail.com]
**Sent:** Monday, March 12, 2007 9:28 AM
**To:** ADAM MEYER
**Subject:** Re: 87376 991 3rd

On 3/9/07, **ADAM MEYER** < ADAMM@rae-corp.com> wrote:

Thanks,

**JIM TEMPLE <jjtemple@gmail.com>**                    **Mon, Mar 12, 2007 at 11:46 AM**
To: ADAM MEYER <ADAMM@rae-corp.com>



JIM

# 86209U1.pdf, Fed Cap

**FAISAL M. BAIG <FAISALB@rae-corp.com>**                    **Mon, Mar 12, 2007 at 4:39 PM**
To: JIM TEMPLE <jjtemple@gmail.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

**86209U1.pdf**
220K

**JIM TEMPLE <jjtemple@gmail.com>**                    **Tue, Mar 13, 2007 at 9:30 AM**
To: "FAISAL M. BAIG" <FAISALB@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>
Bcc: Joe Porto <jporto@harbourmech.com>

    faisal,

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    jim

    On 3/12/07, **FAISAL M. BAIG** <FAISALB@rae-corp.com> wrote:

**86209U1.pdf**
220K

**FAISAL M. BAIG <FAISALB@rae-corp.com>**                    **Tue, Mar 13, 2007 at 9:58 AM**
To: JIM TEMPLE <jjtemple@gmail.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

    Jim,

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Thanks,

    Faisal

[Quoted text hidden]

**JIM TEMPLE <jjtemple@gmail.com>**                    **Tue, Mar 13, 2007 at 10:02 AM**
To: "FAISAL M. BAIG" <FAISALB@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

[Quoted text hidden]



**ADAM MEYER <ADAMM@rae-corp.com>**                    Fri, Mar 9, 2007 at 3:54 PM
To: JIM TEMPLE <jjtemple@gmail.com>

Thanks,


Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602


**JIM TEMPLE <jjtemple@gmail.com>**                    Fri, Mar 9, 2007 at 3:51 PM
To: ADAM MEYER <ADAMM@rae-corp.com>

[Quoted text hidden]



**JIM TEMPLE <jjtemple@gmail.com>**                    Tue, Mar 13, 2007 at 9:59 AM
To: ADAM MEYER <ADAMM@rae-corp.com>

http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...    3/13/2008

[Quoted text hidden]

**ADAM MEYER <ADAMM@rae-corp.com>**
To: JIM TEMPLE <jjtemple@gmail.com>                Tue, Mar 13, 2007 at 10:29 AM



Adam Meyer

**From:** JIM TEMPLE [mailto:jjtemple@gmail.com]
**Sent:** Tuesday, March 13, 2007 9:00 AM
**To:** ADAM MEYER
**Subject:** Re:

[Quoted text hidden]

**JIM TEMPLE <jjtemple@gmail.com>**
To: ADAM MEYER <ADAMM@rae-corp.com>              Tue, Mar 13, 2007 at 10:46 AM

jim

[Quoted text hidden]

**ADAM MEYER <ADAMM@rae-corp.com>**                          Tue, Apr 3, 2007 at 7:01 PM
To: Prasanna Krish <praskrish@dntenter.com>, JIM TEMPLE <jim@dntenter.com>, rob@dntenter.com
Cc: fentoz@aol.com

Thanks,

Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

**3 attachments**

**Capacities Spreadsheet.pdf**
1383K

**L80 Cube.pdf**
161K

**L60 Cube.pdf**
161K

**JIM TEMPLE <jim@dntenter.com>**                          Wed, Oct 17, 2007 at 5:23 PM
To: ADAM MEYER <ADAMM@rae-corp.com>

adam,

**DREW SCOTT <DREWS@rae-corp.com>**                                         **Mon, Apr 16, 2007 at 2:31 PM**
To: JIM TEMPLE <jjtemple@gmail.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

Jim,



Thank you,

Drew Scott

Sales Engineer

Technical Systems

(918) 825-7222

🔲 **87376U2.pdf**
311K

**DREW SCOTT <DREWS@rae-corp.com>**                                         **Mon, Apr 16, 2007 at 2:37 PM**

8757802.pdf
311K

**DREW SCOTT <DREWS@rae-corp.com>**                    Tue, Apr 17, 2007 at 2:43 PM
To: jim@dntenter.com
Cc: ADAM MEYER <ADAMM@rae-corp.com>

Jim,



Thank you,

Drew Scott

Sales Engineer

Technical Systems

(918) 825-7222

**From:** DREW SCOTT
**Sent:** Monday, April 16, 2007 1:38 PM
**To:** 'jim@dntenter.com'

87376U2.pdf
311K

**DREW SCOTT <DREWS@rae-corp.com>**                    Tue, Apr 17, 2007 at 10:53 AM
To: jim@dntenter.com
Cc: ADAM MEYER <ADAMM@rae-corp.com>

Jim,

~~I have attached a copy...~~ 460/3/60 voltage and ~~drawing showed 460/3/60. Please feel free to contact...~~

Thank You,

Drew Scott

Sales Engineer

Technical Systems

(918) 825-7222

**JIM TEMPLE <jim@dntenter.com>**                    Mon, Apr 23, 2007 at 10:59 AM
To: DREW SCOTT <DREWS@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

~~i love how you guys take...~~

~~we also...~~

# FW: Mounting Customer Furnished VFD's

2 messages

**ADAM MEYER <ADAMM@rae-corp.com>**                              Tue, Apr 24, 2007 at 10:58 AM
To: JIM TEMPLE <jim@dntenter.com>, Prasanna Krish <praskrish@dntenter.com>



Thanks,


Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602



**From:** SAM JONES PDA
**Sent:** Tuesday, April 24, 2007 9:55 AM
**To:** ADAM MEYER
**Subject:** FW: Mounting Customer Furnished VFD's


Adam,



Thanks,

**From:** JAY KINDLE
**Sent:** Monday, April 23, 2007 9:25 PM
**To:** SAM JONES PDA
**Cc:** ADAM MEYER
**Subject:** RE: Mounting Customer Furnished VFD's


Sam,



Thanks,

Jay




**JIM TEMPLE <jim@dntenter.com>**                    **Tue, Apr 24, 2007 at 11:54 AM**
To: ADAM MEYER <ADAMM@rae-corp.com>
Cc: Prasanna Krish <praskrish@dntenter.com>

the standard nema 1 drives are:
model# HVX(horsepower)
1hp=001
3hp=003
7.5hp=007
100hp=100



jim

# V-Cube drawing

1 message

**ADAM MEYER <ADAMM@rae-corp.com>**                    **Fri, May 4, 2007 at 10:21 AM**
To: Prasanna Krish <praskrish@dntenter.com>, JIM TEMPLE <jim@dntenter.com>
Cc: FENTOZ@aol.com

~~See attached. This is modeled for the larg~~~~compressor unit~~~~independents as well.~~

Thanks,


Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602



📎 **85137u1 Model (1).pdf**
    350K

# FW: 87122
4 messages

**FAISAL M. BAIG <FAISALB@rae-corp.com>**                    **Mon, May 14, 2007 at 10:06 AM**
To: JIM TEMPLE <jjtemple@gmail.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>, CLIFF MINES <CLIFFM@rae-corp.com>, JIM WILSON
<JIMW@rae-corp.com>

Jim,

~~Can you please take a look at the attached email and let me know what you think~~

Thanks,

Faisal

**From:** CLIFF MINES
**Sent:** Monday, May 14, 2007 6:48 AM
**To:** JIM WILSON; FAISAL M. BAIG
**Cc:** JOE DAVIS
**Subject:** 87122

Jim or Faisal,



http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...    3/13/2008

Cliff Mines

RAE Corporation

Phone: (918)825-7222 Ext. 109

Fax: (918)825-6366

**JIM TEMPLE <jjtemple@gmail.com>**                    **Mon, May 14, 2007 at 9:58 AM**
To: "FAISAL M. BAIG" <FAISALB@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>, CLIFF MINES <CLIFFM@rae-corp.com>, JIM WILSON
<JIMW@rae-corp.com>



[Quoted text hidden]

**FAISAL M. BAIG <FAISALB@rae-corp.com>**              **Mon, May 14, 2007 at 10:09 AM**
To: JIM TEMPLE <jjtemple@gmail.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>, CLIFF MINES <CLIFFM@rae-corp.com>, JIM WILSON
<JIMW@rae-corp.com>

Jim,





Faisal

**From:** JIM TEMPLE [mailto:jjtemple@gmail.com]
**Sent:** Monday, May 14, 2007 8:58 AM
**To:** FAISAL M. BAIG
**Cc:** ADAM MEYER; CLIFF MINES; JIM WILSON
**Subject:** Re: FW: 87122

[Quoted text hidden]

http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...    3/13/2008

**MICHAEL MCKAY <MICHAELM@rae-corp.com>**                    Thu, May 24, 2007 at 12:21 PM
To: jjtemple@gmail.com
Cc: ADAM MEYER <ADAMM@rae-corp.com>, LARRY HUDSON <LARRYH@rae-corp.com>, WES MORGAN
<WESM@rae-corp.com>, MIKE WAITE <MIKEW@rae-corp.com>

  Jim



*Respectfully,*


*Mike Mckay*

*RAE Service Depart.*

*918-825-7222  ext:177*



**JIM TEMPLE <jim@dntenter.com>**                    Thu, May 24, 2007 at 12:43 PM
To: MICHAEL MCKAY <MICHAELM@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>, LARRY HUDSON <LARRYH@rae-corp.com>, WES MORGAN
<WESM@rae-corp.com>, MIKE WAITE <MIKEW@rae-corp.com>, Prasanna Krish <praskrish@dntenter.com>

  adam,

  please issue a PO or explain to service that the wires were to be run and not terminated.  shipping a drive to
the factory so it can be screwed to the side was not what we agreed upon and makes zero sense.

  jim

  [Quoted text hidden]

# Fwd: 200 5th avenue

8 messages

**Prasanna Krish <praskrish@dntenter.com>**                    Mon, Jun 4, 2007 at 10:10 AM
To: JIM TEMPLE <jim@dntenter.com>


---------- Forwarded message ----------
From: **Prasanna Krish** <praskrish@dntenter.com>
Date: Jun 1, 2007 3:31 PM
Subject: 200 5th avenue
To: Adam Meyer <ADAMM@rae-corp.com>







**JIM TEMPLE <jim@dntenter.com>**                    Mon, Jun 4, 2007 at 11:45 AM
To: Prasanna Krish <praskrish@dntenter.com>, ADAM MEYER <ADAMM@rae-corp.com>





**ADAM MEYER <ADAMM@rae-corp.com>**                    Mon, Jun 4, 2007 at 12:46 PM
To: JIM TEMPLE <jim@dntenter.com>, Prasanna Krish <praskrish@dntenter.com>

http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...    3/13/2008

Adam Meyer

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Monday, June 04, 2007 10:45 AM
**To:** Prasanna Krish; ADAM MEYER
**Subject:** Re: 200 5th avenue

[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**                      **Mon, Jun 4, 2007 at 1:46 PM**
To: ADAM MEYER <ADAMM@rae-corp.com>



[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**                      **Tue, Jun 5, 2007 at 4:56 PM**
To: ADAM MEYER <ADAMM@rae-corp.com>, Prasanna Krish <praskrish@dntenter.com>, "FAISAL M. BAIG"
<FAISALB@rae-corp.com>



[Quoted text hidden]

 **KMBT25020070605164945.pdf**
275K

**JIM TEMPLE <jim@dntenter.com>**                      **Wed, Jun 6, 2007 at 1:49 PM**
To: ADAM MEYER <ADAMM@rae-corp.com>, Prasanna Krish <praskrish@dntenter.com>, "FAISAL M. BAIG"
<FAISALB@rae-corp.com>

http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...   3/13/2008

**JIM TEMPLE <jim@dntenter.com>**
To: "FAISAL M. BAIG" <FAISALB@rae-corp.com>

**Thu, Jun 7, 2007 at 10:58 AM**



[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**
To: "FAISAL M. BAIG" <FAISALB@rae-corp.com>

**Thu, Jun 7, 2007 at 1:35 PM**

[Quoted text hidden]

**FAISAL M. BAIG <FAISALB@rae-corp.com>**    **Wed, Jun 20, 2007 at 12:30 PM**
To: JIM TEMPLE <jim@dntenter.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>



**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Wednesday, June 20, 2007 11:14 AM
**To:** FAISAL M. BAIG
**Cc:** ADAM MEYER
**Subject:** Re: 88521U1.pdf, Unknown Job Name, AHU

On 6/20/07, **JIM TEMPLE** <jim@dntenter.com> wrote:



**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Wednesday, June 20, 2007 9:51 AM
**To:** FAISAL M. BAIG
**Subject:** Re: 88521U1.pdf, Unknown Job Name, AHU



On 6/13/07, **FAISAL M. BAIG** < FAISALB@rae-corp.com> wrote:

http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...    3/13/2008

**JIM TEMPLE <jim@dntenter.com>**                          **Wed, Jun 20, 2007 at 1:23 PM**
To: "FAISAL M. BAIG" <FAISALB@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>



[Quoted text hidden]

**ADAM MEYER <ADAMM@rae-corp.com>**                       **Wed, Jun 20, 2007 at 1:48 PM**
To: JIM TEMPLE <jim@dntenter.com>, "FAISAL M. BAIG" <FAISALB@rae-corp.com>







Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**                                    **Wed, Jun 20, 2007 at 1:46 PM**
To: Prasanna Krish <praskrish@dntenter.com>

[Quoted text hidden]

# Updated: Amerada Hess conf call on controls sequence

1 message

**ADAM MEYER <ADAMM@rae-corp.com>**                         **Mon, Jul 9, 2007 at 1:20 PM**
To: JEREMY COLVARD <JEREMYC@rae-corp.com>, ROBERT DOLLARHIDE <ROBERTD@rae-corp.com>,
JOHN JACKSON <JOHNJ@rae-corp.com>, JIM TEMPLE <jim@dntenter.com>

*~*~*~*~*~*~*~*~*

# FW: 88446 Amerada Hess - Preliminary Sequence 3

5 messages

**ADAM MEYER <ADAMM@rae-corp.com>**                    Thu, Jul 12, 2007 at 5:43 PM
To: Prasanna Krish <praskrish@dntenter.com>, JIM TEMPLE <jim@dntenter.com>

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

**From:** JEREMY COLVARD
**Sent:** Thursday, July 12, 2007 4:21 PM
**To:** ADAM MEYER
**Subject:** FW: 88446 Preliminary Sequence 3.

 **Preliminary 88446 Sequence R3.doc**
35K

**JIM TEMPLE <jim@dntenter.com>**                                   **Tue, Jul 24, 2007 at 11:18 AM**
To: ADAM MEYER <ADAMM@rae-corp.com>, Prasanna Krish <praskrish@dntenter.com>

[Quoted text hidden]

**ADAM MEYER <ADAMM@rae-corp.com>**                                **Tue, Jul 24, 2007 at 12:18 PM**
To: JIM TEMPLE <jim@dntenter.com>, Prasanna Krish <praskrish@dntenter.com>



Thanks,


Adam Meyer


http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...   3/13/2008

Cell: (918) 384-9602

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Tuesday, July 24, 2007 10:18 AM
**To:** ADAM MEYER; Prasanna Krish
**Subject:** Re: FW: 88446 Amerada Hess - Preliminary Sequence 3.

[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**                    Tue, Jul 24, 2007 at 1:24 PM
To: ADAM MEYER <ADAMM@rae-corp.com>
Cc: Prasanna Krish <praskrish@dntenter.com>

[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**                    Tue, Jul 24, 2007 at 1:24 PM
To: ADAM MEYER <ADAMM@rae-corp.com>
Cc: Prasanna Krish <praskrish@dntenter.com>

[Quoted text hidden]

1 message

**JOHN JACKSON <JOHNJ@rae-corp.com>**                    Thu, Aug 2, 2007 at 5:09 PM
To: Prasanna Krish <praskrish@dntenter.com>, JIM TEMPLE <jim@dntenter.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

John Jackson

TSI

📄 **Preliminary 88446 Sequence R5.doc**
     30K

# Airstack type of unit

**ADAM MEYER <ADAMM@rae-corp.com>**                    Wed, Aug 15, 2007 at 4:23 PM
To: Prasanna Krish <praskrish@dntenter.com>, JIM TEMPLE <jim@dntenter.com>, Rob Hansen
<rob@dntenter.com>, drwall@dntenter.com





Adam Meyer



**Prasanna Krish <praskrish@dntenter.com>**                 Wed, Aug 15, 2007 at 10:52 PM
To: ADAM MEYER <ADAMM@rae-corp.com>
Cc: dntenter@aol.com, JIM TEMPLE <jim@dntenter.com>, Rob Hansen <rob@dntenter.com>,
drwall@dntenter.com



**Prasanna Krish <praskrish@dntenter.com>**                    **Thu, Aug 16, 2007 at 10:17 AM**
To: ADAM MEYER <ADAMM@rae-corp.com>, DNTENTER@aol.com, JIM TEMPLE <jim@dntenter.com>, Rob
Hansen <rob@dntenter.com>, Dave Wall <drwall@dntenter.com>

~~OK will keep this in mind.... Thanks for the info.~~

~~P~~

On 8/16/07, **ADAM MEYER** <ADAMM@rae-corp.com> wrote:

~~Yes, I have seen the Airstack..... and it will be different. This is clearly a full V-coil and Airstack uses~~
~~both.....for their narrow width.....~~

~~....................................our V-coil designs for space and.......................so.......it like~~
~~th........and for that. Keep it in mind for a narrow chiller design.~~

~~A very rough guesstimate would be about 600 per ton for this with air-cool.....probably.....maybe direct~~
~~........tion with Airstack is not a good.....for........maybe........on the space though.~~

Thanks,

Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

**From:** Prasanna Krish [mailto: praskrish@dntenter.com]
**Sent:** Wednesday, August 15, 2007 9:52 PM
**To:** ADAM MEYER
**Cc:** dntenter@aol.com; JIM TEMPLE; Rob Hansen; drwall@dntenter.com
**Subject:** Re: Airstack type of unit

**JOHN JACKSON <JOHNJ@rae-corp.com>**      **Wed, Aug 22, 2007 at 9:21 AM**
To: JIM TEMPLE <jim@dntenter.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>





Regards,
John Jackson

Technical Systems

(918) 825-7222

**JIM TEMPLE <jim@dntenter.com>**      **Wed, Aug 22, 2007 at 10:15 AM**
To: JOHN JACKSON <JOHNJ@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

**JOHN JACKSON <JOHNJ@rae-corp.com>**      **Mon, Aug 27, 2007 at 9:40 AM**
To: JIM TEMPLE <jim@dntenter.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

Jim,

John Jackson

TSI

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Wednesday, August 22, 2007 9:15 AM
**To:** JOHN JACKSON
**Cc:** ADAM MEYER
**Subject:** Re: TSI PR87730 Citibank

[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**                                    **Mon, Aug 27, 2007 at 10:35 AM**
To: JOHN JACKSON <JOHNJ@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>



jim

[Quoted text hidden]

**JOHN JACKSON <JOHNJ@rae-corp.com>**                            **Mon, Aug 27, 2007 at 11:26 AM**
To: JIM TEMPLE <jim@dntenter.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>



John

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE

http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...    3/13/2008

where is the improvement? ~~and the shipment was going to delay a few days from 8~~ ~~21 meaning two weeks. please explain~~

jim

On 8/27/07, **JOHN JACKSON** <JOHNJ@rae-corp.com> wrote:

Jim,

~~We were able to improve the delivery of the ~~ ~~ sorry for the Citibank order, ~~ ~~ ~~ ~~ expediting but the ~~ ~~ might delay our ~~ ~~ new ship date is 9/4 or 9/5.~~

~~Regards,~~

John Jackson

TSI

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Wednesday, August 22, 2007 9:15 AM
**To:** JOHN JACKSON
**Cc:** ADAM MEYER
**Subject:** Re: TSI PR87730 Citibank

~~a few days is not a big deal but we will be in trouble if its ~~ ~~ ~~

On 8/22/07, **JOHN JACKSON** < JOHNJ@rae-corp.com> wrote:



Regards,
John Jackson

Technical Systems

(918) 825-7222

**JIM TEMPLE <jim@dntenter.com>**                          Mon, Aug 27, 2007 at 12:14 PM
To: JOHN JACKSON <JOHNJ@rae-corp.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>



[Quoted text hidden]

**JOHN JACKSON <JOHNJ@rae-corp.com>**                     Tue, Aug 28, 2007 at 12:05 PM
To: JIM TEMPLE <jim@dntenter.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

Jim,

Thanks,
John

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Monday, August 27, 2007 11:15 AM

[Quoted text hidden]

[Quoted text hidden]

**JOHN JACKSON <JOHNJ@rae-corp.com>**                    Fri, Aug 31, 2007 at 6:16 PM
To: JIM TEMPLE <jim@dntenter.com>
Cc: ADAM MEYER <ADAMM@rae-corp.com>

Jim,





Thanks,
John Jackson

TSI

87730U1.pdf
167K

**JIM TEMPLE <jim@dntenter.com>**
To: JOHN JACKSON <JOHNJ@rae-corp.com>

Tue, Sep 4, 2007 at 11:20 AM

[Quoted text hidden]

**JOHN JACKSON <JOHNJ@rae-corp.com>**
To: JIM TEMPLE <jim@dntenter.com>

Tue, Sep 4, 2007 at 11:32 AM

John

[Quoted text hidden]

**JIM TEMPLE <jim@dntenter.com>**
To: Dawn Howe <DAWN@dntenter.com>

Tue, Sep 4, 2007 at 12:06 PM

[Quoted text hidden]

Case 1:07-cv-00001-LLS   Document 1   Filed ... 01/2008    Page 46 of 57

2 messages

---

**SONDRA BEDWELL <SONDRAB@rae-corp.com>**
To: praskrish@dntenter.com
Cc: ADAM MEYER <ADAMM@rae-corp.com>

Fri, Sep 7, 2007 at 1:16 PM

Thank You,

Sandi

Sales Support

📎 **89244 Submittal 09-07-07.pdf**
    823K

---

**ADAM MEYER <ADAMM@rae-corp.com>**
To: JIM TEMPLE <jim@dntenter.com>

Fri, Sep 7, 2007 at 1:18 PM

Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

**From:** SONDRA BEDWELL
**Sent:** Friday, September 07, 2007 12:17 PM
**To:** 'praskrish@dntenter.com'
**Cc:** ADAM MEYER
**Subject:** 89244 Requested Submittal for Record

http://mail.google.com/mail/?ui=2&ik=74c3584fdd&view=pt&q=from%3A(adamm%40ra...   3/13/2008

**JOHN JACKSON <JOHNJ@rae-corp.com>**                    Tue, Sep 11, 2007 at 3:02 PM
To: JIM TEMPLE <jim@dntenter.com>

Thanks,
John Jackson

TSI

**JIM TEMPLE <jim@dntenter.com>**                      Tue, Sep 11, 2007 at 3:44 PM
To: Prasanna Krish <praskrish@dntenter.com>

**JIM TEMPLE <jim@dntenter.com>**                      Mon, Oct 22, 2007 at 11:35 AM
To: JOHN JACKSON <JOHNJ@rae-corp.com>, ADAM MEYER <ADAMM@rae-corp.com>

[REDACTED]

Thanks,
John

**From:** jjtemple@gmail.com [mailto:jjtemple@gmail.com] **On Behalf Of** JIM TEMPLE
**Sent:** Monday, October 22, 2007 10:36 AM
**To:** JOHN JACKSON; ADAM MEYER
**Subject:** Re: TSI PR88446 Amerada Hess

john/adam,

[REDACTED]

jim

**JIM TEMPLE <jim@dntenter.com>**
To: JOHN JACKSON <JOHNJ@rae-corp.com>

Tue, Oct 23, 2007 at 6:18 PM

**ADAM MEYER <ADAMM@rae-corp.com>**
To: JIM TEMPLE <jim@dntenter.com>                    **Wed, Sep 19, 2007 at 5:04 PM**



Thanks,


Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602


**2 attachments**

**TPAH-12.pdf**
83K

**TPAH-18.pdf**
77K


**JIM TEMPLE <jim@dntenter.com>**
To: Bill Fornaci <bfornaci@fmcassociates.com>                    **Thu, Sep 20, 2007 at 10:10 AM**



**2 attachments**

🗐 **TPAH-12.pdf**
   83K

🗐 **TPAH-18.pdf**
   77K

---

**JIM TEMPLE <jim@dntenter.com>**                    **Fri, Sep 28, 2007 at 1:45 PM**
To: "Marcos.Espinoza@structuretone.com" <Marcos.Espinoza@structuretone.com>

~~preliminary until ar... ...that location ... to be used ...that line. We will have a final drawing after th... ...the works out~~

**2 attachments**

🗐 **TPAH-12.pdf**
   83K

🗐 **TPAH-18.pdf**
   77K

6 messages

**Dave R. Wall <drwall@dntenter.com>**                    Fri, Sep 14, 2007 at 1:43 PM
Reply-To: drwall@dntenter.com
To: ADAM MEYER <ADAMM@rae-corp.com>
Cc: jim@dntenter.com


Hi **Adam:**




~~project as per our direct~~




Respectfully Yours,


**Dave R. Wall**

# DNT Enterprises, Inc.

60 East 42nd Street – Suite 1065

New York, NY 10165

Tel. (212) 682-0797 (NYC)

Tel. (973) 621-1655 (NJ)

Fax. (212) 682-0797

Cell: (917) 361-7281

E-mail: **drwall@dntenter.com**


Since our product offering is always expanding, please do not hesitate to call if you have a special engineering application. Our staff of
sales engineers will be happy to answer any questions.

**ADAM MEYER <ADAMM@rae-corp.com>**                     **Tue, Sep 18, 2007 at 12:13 PM**
To: drwall@dntenter.com
Cc: jim@dntenter.com





Thanks,

Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602

**From:** Dave R. Wall [mailto:drwall@dntenter.com]
**Sent:** Friday, September 14, 2007 12:43 PM
**To:** ADAM MEYER
**Cc:** jim@dntenter.com
**Subject:** FLUSHING METRO CENTER

**Dave R. Wall <drwall@dntenter.com>**                     **Tue, Sep 18, 2007 at 12:37 PM**
Reply-To: drwall@dntenter.com
To: ADAM MEYER <ADAMM@rae-corp.com>, drwall@dntenter.com
Cc: jim@dntenter.com

Respectfully Yours,


**Dave R. Wall**

# <u>DNT Enterprises, Inc.</u>

60 East 42nd Street – Suite 1065

New York, NY 10165

Tel. (212) 682-0797 (NYC)

Tel. (973) 621-1655 (NJ)

Fax. (212) 682-0797

Cell: (917) 361-7281

E-mail: **drwall@dntenter.com**


Since our product offering is always expanding, please do not hesitate to call if you have a special engineering application. Our staff of sales engineers will be happy to answer any questions.




**From:** ADAM MEYER [mailto:ADAMM@rae-corp.com]
**Sent:** Tuesday, September 18, 2007 12:13 PM
**To:** drwall@dntenter.com
**Cc:** jim@dntenter.com
**Subject:** RE: FLUSHING METRO CENTER
**Importance:** High




**JIM TEMPLE <jim@dntenter.com>**                                    Tue, Sep 18, 2007 at 1:00 PM
To: drwall@dntenter.com
Cc: ADAM MEYER <ADAMM@rae-corp.com>

[Quoted text hidden]

**ADAM MEYER <ADAMM@rae-corp.com>**                    **Thu, Sep 20, 2007 at 12:09 PM**
To: drwall@dntenter.com
Cc: jim@dntenter.com





Thanks,


Adam Meyer

Account Manager - RAE Corporation

Desk: (918) 825-7222

Cell: (918) 384-9602


**From:** Dave R. Wall [mailto:drwall@dntenter.com]
**Sent:** Tuesday, September 18, 2007 11:37 AM
**To:** ADAM MEYER; drwall@dntenter.com

[Quoted text hidden]


[Quoted text hidden]


**SDOC4742.pdf**
750K

Cc: jim@dntenter.com

Hi **Adam:**



Respectfully Yours,


**Dave R. Wall**

# **DNT Enterprises, Inc.**

60 East 42nd Street – Suite 1065

New York, NY 10165

Tel. (212) 682-0797 (NYC)

Tel. (973) 621-1655 (NJ)

Fax. (212) 682-0797

Cell: (917) 361-7281

E-mail: **drwall@dntenter.com**


Since our product offering is always expanding, please do not hesitate to call if you have a special engineering application. Our staff of sales engineers will be happy to answer any questions.

**From:** ADAM MEYER [mailto:ADAMM@rae-corp.com]
**Sent:** Thursday, September 20, 2007 12:10 PM

[Quoted text hidden]

[Quoted text hidden]