# Exhibit S

REMIT TO: P.O. BOX 1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | PJ WAREHOUSE<br>C/O GREG RONZO<br>39-15 SKILLMAN AVE.<br>LONG ISLAND CITY NY 11104 |

TERMS: **NET 30 DAYS**

F.O.B. SHIPPING POINT    PRO#    SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 |  | T-7212 | 20075699 | 9/28/07 |

| SERIAL NUMBER | DESCRIPTION | QTY ORDERED | QTY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 88446-001 | FA MASTER PANEL<br>PKG.WATER CHILLERS-WATER COOLE | 1 | 1 | 191,380.00 |
| 88446-002 | FA 34WOLM60-S<br>PKG.WATER CHILLERS-WATER COOLE<br>MODEL NUMBER        SERIAL NUMBER<br>                     07133UW51A<br>                     07133XAU1A<br>                     07133XCW1A<br>                     07133URT1A<br>                     07193TAY1A<br>                     07193TCK1A<br>                     07193RZN1A<br>                     07193S9J1A | 2 | 2 | |
| 88446-003 | PKG.WATER CHILLERS-WATER COOLE<br>MODEL NUMBER        SERIAL NUMBER<br>                     07133UUF1A<br>                     07193RHR1A<br>                     07133UX61A<br>                     07193TF91A<br>                     07081M4A1A<br>                     07081MJX1A<br>CSHA150              07081MSU1A<br>CONTINUED ON NEXT PAGE -   1 | 3 | 3 | |

Handwritten annotations: 11/14/07 CC#5902; 11/17/07 partial CC#5884; POST 9/28/07

REMIT TO: P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | PJ WAREHOUSE<br>C/O GREG RONZO<br>39-15 SKILLMAN AVE.<br>LONG ISLAND CITY NY 11104 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT    PRO#              SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 |  | T-7212 | Z0075699 | 9/28/07 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
|  | 07081MF11A<br>07193S8C1A<br>07193S7H1A<br>07193P8S1A<br>07193RDM1A<br><br>4 YEAR EXTENDED COMPRESSOR WARRANTY |  |  | 7,920.00 |

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
|  | 191,380.00 | ALLOWED |  | 7,920.00 | 199,300.00 |

TAX EXEMPT [X] YES [ ] NO    PR# 88446    ORD# 178...

-99,650.00
 99,650.00
-99,650.00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REVA-0 2/14/00

**REMIT TO** P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | SKYLIFT CONTRACTER YARD<br>C/O PP MECHANICAL<br>24 GREENPOINT AVE.<br>BROOKLYN NY 11222 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT    PRO# 273271-030    SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 9011 | 38610000 | SAMMONS | T-7579 | 20080404 | 1/24/08 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 1-08-09098-001 | ~~[redacted]~~ | 1 | 1 | 52,000.00 |
| 1-08-09098-002 | ~~[redacted]~~ | 1 | 1 | |

*handwritten:* 3/6/08 CK#6169  1/27/08

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| | 52,000.00 | 2,711.35 | | | 54,711.35 |

TAX EXEMPT [X] YES [ ] NO   PR# 9098   ORD# 185424-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REV. 2.0 2/14/00

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | PJ WAREHOUSE<br>C/O PAUL SIAMAS<br>39-15 SKILLMAN AVE.<br>SUNNYSIDE NY 11104 |

**TERMS:** NET 30 DAYS

**F.O.B. SHIPPING POINT**   PRO# 271199-020   **SHIPPING MARK:**

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | SAMMONS | T-7528 | 20080028 | 1/03/08 |

| SERIAL NUMBER | DESCRIPTION | ORDERED | SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 12-07-089926-001 | PKG.WATER CHILLERS-WATER COOLE<br>MODEL NUMBER          SERIAL NUMBER<br>~~~~~~~~~~~~~5        07C67055G<br>~~~~~~~~~~~~~5        07E82626G<br>~~~~~~~~~~~~~5        07E82627G<br>~~~~~~~~~~~~~5        07I08795G | 1 | 1 | 44,531.00 |
| 12-07-089926-002 | MISC.SALES-HIGH SIDE<br><br>4 YEAR EXTENDED COMPRESSOR WARRANTY | 1 | 1 | 1,220.00 |

2/6/08
cc#6111

1/3/08

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| | 44,531.00 | | | 1,220.00 | 45,751.00 |

TAX EXEMPT  [X] YES   [ ] NO   PR# 89926   ORD# 184757-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REV. 2.0 2/14/00

REMIT TO: P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | ABLE RIGGING<br>C/O INTERSTATE MECHANICAL<br>200 DIXON AVE.<br>AMITYVILLE NY 11701 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT    PRO# 271197-020    SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | SAMMONS | T-7516 | 20080027 | 1/03/08 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 12-07-089541-001 | FA TPAH-12 208/208<br>PKG.AIR HANDLING UNITS<br>MODEL NUMBER     SERIAL NUMBER<br>                 07E85987G<br>                 07E85986G | 1 | 1 | 79,200.00 |
| 12-07-089541-002 | FA TPAH-18 208/208<br>PKG.AIR HANDLING UNITS<br>MODEL NUMBER     SERIAL NUMBER<br>                 06J32328G<br>                 06J32325G | 1 | 1 | |

*Handwritten: 2/21/08 ck#6142 Final*
*Handwritten: 2/13/08 partial ck# 6126*
*Handwritten: 1/3/08*

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| | 79,200.00 | 5,070.40 | | | 84,270.40 |

TAX EXEMPT [X] YES [ ] NO    PR# 89541    ORD# 184035-00

*Handwritten: 42,270.40 / 42,270.40*

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REV. 2.0 01400

**REMIT TO**
P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | LONG ISLAND R & R RIGGING INC.<br>C/O C&S BLDG.SERV. MIKE VITA<br>7 CORBIN AVE.<br>BAYSHORE NY 11706 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT    PRO# 264472-060    SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | SAMMONS | W-~~0407~~ 7407 | 20076013 | 10/16/07 |

| SERIAL NUMBER | DESCRIPTION | QTY ORDERED | QTY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 10-07-089289-001 | ~~...~~<br>PKG.W.CHILLERS-MULT.15HP CRCTS<br>MODEL NUMBER        SERIAL NUMBER<br>~~...~~    07E81150G<br>~~...~~    07E81146G<br>~~...~~    07E81147G<br>~~...~~    07E81152G<br><br>4 YEAR EXTENDED COMPRESSOR WARRANTY | 1 | 1 | 63,155.00<br><br><br><br><br><br><br>1,588.00 |

*handwritten: 11/28/07 CR#5935    10/16/07*

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| | 63,155.00 | 1,722.70 | | 1,588.00 | 66,465.70 |

TAX EXEMPT [X] YES [ ] NO    PR# 89289    ORD# 182206-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REV. 2.0 2/14/00

REMIT TO: P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | JC DUGGANSE<br>C/O GOTHAM AIR (BEN)<br>320 MASPETH AVE.<br>BROOKLYN NY 11211 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT    PRO# CFL3929698    SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | LANDSTAR | T-7244 | 20074995 | 8/24/07 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 8-07-088706-001 | F~~ ~~<br>FLUID COOLERS | 1 | 1 | 46,232.00 |

Handwritten notes: PD 10/5/07 CK# 5796 — 8/24/07

| | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | 46,232.00 | ALLOWED | | | ▶ 46,232.00 |

TAX EXEMPT  [X] YES  [ ] NO    PR# 88706    ORD# 179846-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REV. 2.0 2/14/00

**REMIT TO:** P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | SKYLIFT<br>C/O ARDMORE A/C<br>73 WEST ST.<br>BROOKLYN NY 11222 |

**TERMS:** NET 30 DAYS

**F.O.B. SHIPPING POINT**  PRO# 247735-030    **SHIPPING MARK:**

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | SAMMONS | T-7082. | 20072373 | 5/02/07 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 4-07-087375-001 | FLUID COOLERS | 1 | 1 | 38,500.00 |
| 4-07-087375-002 | FLUID COOLERS | 1 | 1 | |
| 4-07-087375-003 | MISC.SALES-HIGH SIDE | 1 | 1 | |

*Handwritten annotations: P 6/20/07 CK# 5537, 5/2/07*

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| | 38,500.00 | ALLOWED | | | 38,500.00 |

TAX EXEMPT [X] YES [ ] NO   PR# 87375   ORD# 175768-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REV. 2.0 2/14/00

**REMIT TO** P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | GTI TRUCKING RIGGING<br>C/O GOTHAM A/C ED ROZUM<br>2 GALLOSCO PLACE<br>MASPETH NY 11378 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT    PRO# 790431    SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | MELTON | T-7064 | 20072648 | 5/15/07 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 5-07-087103-001 | ~~~~~~~~~~~~~~~~<br>PKG.W.CHILLERS-AIR COOLED<br>MODEL NUMBER        SERIAL NUMBER<br>~~~~~~~~~~~       07A54303G<br>~~~~~~~~~~~       07A53578G<br>                   07C71263G<br>~~~~~~~~~~~       07C71260G<br>~~~~~~~~~~~       07C71262G<br>~~~~~~~~~~~       07C71264G<br>       ~~TWC-55  07C71261G<br>~~~~~~~~~TWC-55  07C71266G | 1 | 1 | 98,500.00 |

Handwritten: F-6/27/07 CK#8548, 11/15/67

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| | 98,500.00 | ALLOWED | | | 98,500.00 |

TAX EXEMPT [X] YES  [ ] NO    PR# 87103    ORD# 175770-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SE0026 REV. 2.0 2/14/00

REMIT TO: P.O. BOX 1206
PRYOR, OK 74362-1206

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | AMERICAN RIGGING & HAULING<br>C/O MD MECHANICAL<br>150 LIBERTY AVE.<br>BROOKLYN NY 11212 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT    PRO# 532-943949-1    SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | ROADWAY  532-3333 | T-7424 | 20076687 | 11/27/07 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 11-07-089684-001 | COND.UNITS,S/COMP.WATER COOLED<br>MODEL NUMBER        SERIAL NUMBER<br>                            06K38646G<br>                            06K38645G<br>                            07B60907G<br>                            07C72056G | 1 | 1 | 23,916.00 |
|  | 4 YEAR EXTENDED COMPRESSOR WARRANTY |  |  | 1,200.00 |

1/9/08
CK# 6037

11/27/07

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
|  | 23,916.00 | 767.40 |  | 1,200.00 | ▶ 25,883.40 |

TAX EXEMPT [X] YES [ ] NO    PR# 89684    ORD# 183852-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

| REMIT TO | P.O. BOX 1206 |
|---|---|
| | PRYOR, OK 74362-1206 |

| SOLD TO | SHIP TO |
|---|---|
| DNT ENTERPRISES<br>60 EAST 42ND STREET<br>SUITE 1065<br>NEW YORK NY 101650000 | SKYLIFT CONTRACTER YARD<br>C/O B.P. A/C NOEL JUDGE<br>73 WEST ST.<br>BROOKLYN NY 11222 |

TERMS: NET 30 DAYS

F.O.B. SHIPPING POINT        PRO# 264472-030        SHIPPING MARK:

| TERRITORY | CUSTOMER NUMBER | SHIP VIA | CUSTOMER ORDER NUMBER | INVOICE NUMBER | DATE |
|---|---|---|---|---|---|
| 3011 | 38610000 | SAMMONS | T-7355 | 2007601Z | 10/16/07 |

| SERIAL NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 10-07-089244-001 | ~~FA-75100-105-CF-208/115~~<br>FLUID COOLERS | 1 | 1 | 15,991.00 |
| 10-07-089244-002 | ~~FA-FFD-40-208/115~~<br>MISC.SALES-HIGH SIDE | 1 | 1 | |

12/5/07
CA#5957

10/16/07

| INTEREST CHARGE AT 1½% PER MONTH ON PAST DUE ACCOUNTS | TOTAL AMOUNT | PREPAID SHIPPING | TAXES | OTHER | AMOUNT DUE |
|---|---|---|---|---|---|
| | 15,991.00 | 1,722.70 | | | ▶ 17,713.70 |

TAX EXEMPT [X] YES [ ] NO    PR# 89244    ORD# 182238-00

All goods shipped at buyer's risk. Protect yourself by examining shipments for damage or shortage and do not give Transportation Company a clear receipt should any doubt exist.

We certify that these goods were produced in compliance with Fair Labor Standards Act, as amended.

SF0026 REV 2.0 2/14/00