Samuel E. Kramer, Esq.
225 Broadway - Suite 3300
New York, New York 10007
(212) 285-2290
*Attorney for Plaintiff, DNT Enterprises, Inc.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X   Case No.:07 Civ. 8661 (LLS)
DNT ENTERPRISES, INC.,                                        ECF CASE
            Plaintiff,

    -against-

TECHNICAL SYSTEMS,
A DIVISION OF RAE CORPORATION,
            Defendant.
----------------------------------------------------------X

CERTIFICATION OF SERVICE

SAMUEL E. KRAMER, hereby certifies the truth of the following under penalty of perjury:

I am an attorney duly admitted to practice law in the State of New York, and am admitted to practice in the Southern District of New York.

I am not a party to this action, am over 18 years of age and reside in New York State. On April 1, 2008, I electronically served and filed the Affidavit of Neil Thakker in Opposition to Defendant's Motion to Dismiss or, Alternatively Transfer the Case, with Exhibits and the Memorandum of Law in Opposition to Defendant's Motion to Dismiss or, Alternatively Transfer the Case with the Clerk of the Court by means of the CM/ECF system.

On April 1, 2008, at 2:25 PM, I also served the foregoing papers on counsel for defendant by personally delivering same to counsel's managing attorney, at counsel's office as follows:

Kasowitz Benson Torres & Friedman LLP
1633 Broadway - 21st Floor
New York, New York 10019

Dated: New York, New York
       April 3, 2008                        S/ Samuel E. Kramer
                                            SAMUEL E. KRAMER (SK6948)
                                            e-mail:  samkatty@bway.net