```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DNT ENTERPRISES, INC.,

                Plaintiff,

   -against-

TECHNICAL SYSTEMS, A DIVISION OF
RAE CORPORATION,
                Defendant.
-------------------------------------------------------X

07 CIVIL 8661 (LLS)

**JUDGMENT**

      Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on April 18, 2008, having rendered its Memorandum and Order granting the motion to dismiss for lack of personal jurisdiction and dismissing the amended complaint with costs and disbursements according to law, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 18, 2008, the motion to dismiss for lack of personal jurisdiction is granted and the amended complaint is dismissed with costs and disbursements according to law.

**Dated:** New York, New York
        April 22, 2008

                                      J. MICHAEL McMAHON
                                      Clerk of Court
                      BY:
                                      Deputy Clerk

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON _____