UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DNT ENTERPRISES, INC.,

                              Plaintiff,

        -against-

TECHNICAL SYSTEMS,
A DIVISION OF RAE CORPORATION,

                              Defendant.
-------------------------------------------------------X

Case No.:07 Civ. 8661 (LLS)
ECF CASE

**NOTICE OF APPEAL
IN A CIVIL CASE**

        Notice is hereby given that plaintiff, DNT ENTERPRISES, INC., hereby appeals to

the United States Court of Appeals for the Second Circuit from the Judgment granting the motion

by defendant, TECHNICAL SYSTEMS, A DIVISION OF RAE CORPORATION, to dismiss the

Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), for lack of personal jurisdiction, entered

in this action on the 22nd day of April, 2008.

        Plaintiff appeals each and every portion of the Judgment, a copy of which is annexed

hereto, together with the Memorandum and Order of the Honorable Louis L. Stanton, United States

District Judge,  dated April 18, 2008.

Dated: New York, New York
        May 2, 2008

                              SAMUEL E. KRAMER, ESQ.
                              *Attorney for Plaintiff*
                              *DNT Enterprises, Inc.*

                        By:   _____
                              Samuel E. Kramer (SK 6948)
                              227 Broadway - Suite 3300
                              New York, New York 10007
                              (212) 285-2290
                              e-mail: samkatty@bway.net

To:

Kasowitz Benson Friedman & Torres LLP.
        *Attorney for Defendant*
        *Technical Systems, Division of RAE Corp.*

1633 Broadway
New York, NY 10019-6799
(212) 506-1700

Attn: David Ross, Esq
e-mail:  DRoss@kasowitz.com