Samuel E. Kramer, Esq.
225 Broadway - Suite 3300
New York, New York 10007
(212) 285-2290
*Attorney for Plaintiff, DNT Enterprises, Inc.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X      Case No.:07 Civ. 8661 (LLS)
DNT ENTERPRISES, INC.,                                        ECF CASE
             Plaintiff,

    -against-

TECHNICAL SYSTEMS,
A DIVISION OF RAE CORPORATION,
             Defendant.
------------------------------------------------------X

## CORRECTED CERTIFICATION OF SERVICE

SAMUEL E. KRAMER, hereby certifies the truth of the following under penalty of perjury:

I am an attorney duly admitted to practice law in the State of New York, and am admitted to practice in the Southern District of New York.

I am not a party to this action, am over 18 years of age and reside in New York State. On on May 2, 2008, I served the within Notice of Appeal in a Civil Case, together with copies of the Judgment filed April 22, 2008 and the Decision and Order herein dated April 18, 2008 upon the below named counsel and other interest persons at the addresses designated by them for that purpose by depositing a true copy of same enclosed in a portage paid properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service within New York State, as follows

David Ross, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway - 21st Floor
New York, New York 10019

      On that date, subsequent to my delivery of the original Notice of Appeal to the Clerk of the Court, I forwarded via e-mail a copy of the Notice of Appeal to the Clerk of the Court at appeals@nysd.uscourts.gov:

      The Certificate of Service originally filed set forth an incorrect date of service.

Dated: New York, New York
      May 8, 2008                    S/ Samuel E. Kramer
                                        SAMUEL E. KRAMER (SK6948)
                                        e-mail: samkatty@bway.net